| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br>Facsimile:  (650) 849-7400 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street<br>5th Floor<br>San Francisco, CA  94111-5800<br>Telephone: (415) 693-2000<br>Facsimile:  (415) 693-2222 |

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC., INSTAGRAM INC. and INSTAGRAM LLC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>            Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC,<br><br>            Defendants. | Case No.  2:18-cv-01844-GW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**INITIAL COMPLAINT SERVED:** April 6, 2018<br><br>**CURRENT RESPONSE DUE:** April 27, 2018<br><br>**NEW RESPONSE DATE:** May 29, 2018<br><br>**JUDGE:** Hon. George H. Wu |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT (L.R. 8-3)
2:18-CV-01844-GW

## STIPULATION

Pursuant to Local Rule 8-3, plaintiff Blackberry Limited ("Plaintiff"), by and through its undersigned attorneys, and defendants Facebook, Inc., WhatsApp, Inc., Instagram Inc., and Instagram LLC, (collectively "Defendants"), by and through their undersigned attorneys, stipulate as follows:

1. Plaintiff filed a complaint in this civil action on March 6, 2018.

2. Plaintiff filed a First Amended Complaint on April 4, 2018.[1]

3. Plaintiff served Defendants with the summons and the First Amended Complaint in this civil action on April 6, 2018.

4. Defendants' responses to the First Amended Complaint are currently due on April 27, 2018.

5. Plaintiff and Defendants hereby stipulate and agree to extend Defendants' deadline to answer, move, or otherwise respond to the First Amended Complaint to and including May 29, 2018.

6. No prior extensions have been sought, and the total extension of time sought by Defendants to respond to the Complaint is not more than 30 days.[2]

**SO STIPULATED.**

---

[1] Plaintiff filed, but did not serve, the original Complaint, making the First Amended Complaint the initial complaint served. Thus, no response date for the original Complaint was set or extended.

[2] The 30th day falls on a Sunday (May 27), followed by the Memorial Day holiday (May 28). As a result, the deadline has been set for May 29, 2018. *See* Fed.R.Civ.P. 6(a)(1)(C) and 6(a)(6)(A).

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT (L.R. 8-3)
2:18-CV-01844-GW

| | | | |
|---|---|---|---|
| 1 | Dated: | April 23, 2018 | QUINN EMANUEL URQUHART & SULLIVAN |
| 2 | | | |
| 3 | | | */s/ Kevin P.B. Johnson* |
| | | | James R. Asperger (Bar No. 83188) |
| 4 | | | jamesasperger@quinnemanuel.com |
| | | | 865 S. Figueroa St., 10th Floor |
| 5 | | | Los Angeles, CA 90017 |
| | | | Telephone: (213) 443-3000 |
| 6 | | | Facsimile: (213) 443-3100 |
| 7 | | | |
| | | | Kevin P.B. Johnson (Bar No. 177129) |
| 8 | | | kevinjohnson@quinnemanuel.com |
| | | | 555 Twin Dolphin Drive, 5th Floor |
| 9 | | | Redwood Shores, CA 94065 |
| 10 | | | Telephone: (650) 801-5000 |
| | | | Facsimile: (650) 8021-5200 |
| 11 | | | |
| | | | BLACKBERY CORPORATION |
| 12 | | | Edward R. McGah, Jr. (SBN 97719) |
| | | | Vice President, Deputy General Counsel |
| 13 | | | 41 Ticknor Place |
| | | | Laguna Niguel, CA 92677 |
| 14 | | | Telephone: (650) 581-4750 |
| 15 | | | |
| 16 | | | |
| 17 | Dated: | April 23, 2018 | COOLEY LLP |
| 18 | | | |
| 19 | | | |
| | | | */s/ Matthew J. Brigham* |
| 20 | | | Matthew J. Brigham (191428) |
| 21 | | | Attorneys for Defendants |
| | | | FACEBOOK, INC., WHATSAPP INC., |
| 22 | | | INSTAGRAM, INC., and INSTAGRAM, |
| 23 | | | LLC |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT (L.R. 8-3)
2:18-CV-01844-GW

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Matthew J. Brigham, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:      April 23, 2018            COOLEY LLP


*/s/  Matthew J. Brigham*
Matthew J. Brigham

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT (L.R. 8-3)
2:18-CV-01844-GW