| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br>Facsimile:  (650) 849-7400 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street<br>5th Floor<br>San Francisco, CA  94111-5800<br>Telephone: (415) 693-2000<br>Facsimile:  (415) 693-2222 |

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC., WHATSAPP INC., INSTAGRAM, INC. and INSTAGRAM, LLC,<br><br>Defendants. | Case No.  2:18-cv-01844-GW-KS<br><br>*[Assigned to the Hon. George H. Wu]*<br><br>**DEFENDANTS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>DATE:  August 2, 2018<br>TIME:  8:30 am<br>COURTROOM: 9D |

1  Defendants hereby provide the Court and the parties with this Second Notice of
2  Supplemental Authority Regarding Defendants' Motion to Dismiss (ECF No. 31).  In
3  support of their arguments regarding patent invalidity under 35 U.S.C. § 101,
4  Defendants would like to bring to the Court's attention a recently-issued, precedential
5  decision from the Federal Circuit Court of Appeals: *BSG Tech LLC v. BuySeasons, Inc.,*
6  *et al.*  A true and correct copy of this decision, which issued August 15, 2018, is attached
7  to this Notice as Exhibit A.

Dated: August 15, 2018

COOLEY LLP

/s/ Heidi L. Keefe
Heidi L. Keefe (178960)

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC