| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>James R. Asperger (Bar No. 83188)<br>jamesasperger@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>BLACKBERRY CORPORATION<br>Edward R. McGah, Jr (SBN 97719)<br>Vice President, Deputy General Counsel<br>41 Ticknor Place<br>Laguna Niguel, California 92677<br>Telephone: (+1) 650-581-4750<br><br>Attorneys for BlackBerry Limited | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendants<br>Facebook, Inc., WhatsApp Inc., and<br>Instagram, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>         Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>         Defendants. | CASE NO. 2:18-cv-01844 GW(KSx)<br><br>**JOINT NOTICE REGARDING CASE NARROWING PROPOSALS** |

Pursuant to the Court's guidance at the August 23, 2018 case management conference and resulting minute order (Dkt. 74), and the Court's subsequent August 31, 2018 Order Regarding Patent Local Rules (Dkt. 77) ("August 31 Order"), the parties hereby provide this joint statement regarding their discussions on (i) how the parties propose to limit asserted claims and prior art, (ii) consolidation, and (iii) proposed scheduling dates.

The parties have exchanged proposals regarding limitations on asserted claims and prior art (including proposals for both initial and final elections of such claims and art), and have met and conferred to discuss their respective proposals. The parties are further diligently working in an attempt to reach agreement on such a proposal, which discussions are dependent upon the parties' discussions regarding case scheduling in view of the Court's August 31 Order. Pursuant to the August 31 Order, the parties will be submitting supplemental proposed schedule(s) consistent with that Order in a joint statement on Friday, September 7, which joint statement will include the proposal(s) on case narrowing.

The parties have further met and conferred to discuss consolidation and case scheduling, and will likewise be submitting their responses in that joint statement.

By  /s/ James R. Asperger

|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | James R. Asperger (Bar No. 83188) |
| 3 | jamesasperger@quinnemanuel.com |
|   | 865 S. Figueroa St., 10th Floor |
| 4 | Los Angeles, CA 90017 |
| 5 | Telephone: (213) 443-3000 |
|   | Facsimile: (213) 443-3100 |
| 6 |   |
| 7 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor |
| 10 | Redwood Shores, CA 94065 |
|   | Telephone: (650) 801-5000 |
| 11 | Facsimile: (650) 801-5100 |
| 12 | BLACKBERRY CORPORATION |
|   | Edward R. McGah, Jr (SBN 97719) |
| 13 | Vice President, Deputy General Counsel |
|   | 41 Ticknor Place |
| 14 | Laguna Niguel, California 92677 |
| 15 | Telephone: (+1) 650-581-4750 |
|   | James R. Asperger (Bar No. 83188) |
| 16 | jamesasperger@quinnemanuel.com |
|   | 865 S. Figueroa St., 10th Floor |
| 17 | Los Angeles, CA 90017 |
| 18 | Telephone: (213) 443-3000 |
|   | Facsimile: (213) 443-3100 |
| 19 | Attorneys for BlackBerry Limited |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

| | | |
|---|---|---|
| 1 | Dated:  September 4, 2018 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Matthew J. Brigham* |
| 4 | | Matthew J. Brigham (191428) |
| 5 | | |
| 6 | | COOLEY LLP<br>HEIDI L. KEEFE (178960) |
| 7 | | (hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043) |
| 8 | | (mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428) |
| 9 | | (mbrigham@cooley.com) |
| 10 | | LOWELL D. MEAD (223989)<br>(lmead@cooley.com) |
| 11 | | 3175 Hanover Street |
| 12 | | Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000 |
| 13 | | Facsimile:  (650) 849-7400 |
| 14 | | |
| 15 | | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 16 | | (rhodesmg@cooley.com) |
| 17 | | 101 California Street<br>5th Floor |
| 18 | | San Francisco, CA  94111-5800 |
| 19 | | Telephone: (415) 693-2000<br>Facsimile:  (415) 693-2222 |
| 20 | | |
| 21 | | Attorneys for Defendants |
| 22 | | FACEBOOK, INC., WHATSAPP INC.,<br>INSTAGRAM, INC., and INSTAGRAM, |
| 23 | | LLC |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

I, James R. Asperger, am the ECF user whose ID and password were used to file this Joint Notice. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By /s/ James R. Asperger