UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-1844-GW(KSx) <br> CV 18-2693-GW(KSx) | Date | March 21, 2019 |
|---|---|---|---|
| Title | *BlackBerry Limited v. Facebook, Inc. et al* <br> *BlackBerry Limited v. Snap Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

James R. Asperger
Edward R. McGah, Jr.
Jordan R. Jaffe
Patrick Schmidt

Attorneys Present for Defendants:

Heidi L. Keefe - Facebook
Mark R. Weinstein
Matthew J. Brigham
Yar R. Chaikovsky - Snap, Inc.
Chad J. Peterman

**PROCEEDINGS:**   **TUTORIAL HEARING**

Tutorial hearing is held. Parties are set to return on April 1, 2019 for *Markman* Hearing.

Defendant Snap, Inc. is to be added as a Defendant in this action. Counsel for Snap, Inc. will enter their appearance once this is done by the Clerk's Office.

:   25

Initials of Preparer   JG