*Counsel in Signature Block*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM LLC,<br><br>  Defendants. | Case Nos. 2:18-cv-01844;<br>2:18-cv-02693 GW(KSx)<br><br>**DEFENDANTS' NOTICE AND MOTION TO STAY PENDING *INTER PARTES* REVIEW**<br><br>The Hon. George H. Wu<br><br>Hearing Date: May 16, 2019<br>Time: 8:30 A.M.<br>Place: Courtroom 9D |
| SNAP INC.,<br><br>  Defendant. | |

**PLEASE TAKE NOTICE** that on May 16, 2019, at 8:30 a.m., or as soon as the matter may be heard, in this Court, located at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 9D, 9th Floor, Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC (collectively, the "Facebook Defendants") and Snap Inc. ("Snap") will and hereby do move to stay this eleven-patent case pending *inter partes* review institution decisions by the Patent Office.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the declaration of Matthew J. Brigham (and accompanying exhibits), the declaration of Chad Peterman (and accompanying exhibits), the proposed order, and upon such other and further matters, papers, and arguments as may be submitted to the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 5 and April 9, 2019.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 16, 2019 | RESPECTFULLY SUBMITTED, |
| 3 | | |
| 4 | | */s/ Heidi L. Keefe* |
| 5 | | |
| 6 | | COOLEY LLP |
| 7 | | HEIDI L. KEEFE (178960) |
| 8 | | (hkeefe@cooley.com) |
| 9 | | MARK R. WEINSTEIN (193043) |
| 10 | | (mweinstein@cooley.com) |
| 11 | | MATTHEW J. BRIGHAM (191428) |
| 12 | | (mbrigham@cooley.com) |
| 13 | | 3175 Hanover Street |
| 14 | | Palo Alto, CA  94304-1130 |
| 15 | | Telephone: (650) 843-5000 |
| 16 | | Facsimile:  (650) 849-7400 |

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC.,
INSTAGRAM, INC., and
INSTAGRAM, LLC

| | | |
|---|---|---|
| 1 | DATED: April 16, 2019 | RESPECTFULLY SUBMITTED, |
| 2 | | |
| 3 | | By */s/ Yar R. Chaikovsky* |
| 4 | | PAUL HASTINGS LLP<br>YAR R. CHAIKOVSKY (SB# 175421) |
| 5 | | yarchaikovsky@paulhastings.com<br>PHILIP OU (SB# 259896) |
| 6 | | philipou@paulhastings.com<br>DAVID OKANO (SB# 278485) |
| 7 | | davidokano@paulhastings.com<br>1117 S. California Avenue |
| 8 | | Palo Alto, California 94304<br>Telephone: 1(650) 320-1800<br>Facsimile: 1(650) 320-1900 |
| 9 | | |
| 10 | | CHAD J. PETERMAN (*Pro Hac Vice*)<br>chadpeterman@paulhastings.com |
| 11 | | 200 Park Avenue<br>New York, New York 10166 |
| 12 | | Telephone: (212) 319-6000<br>Facsimile: (212) 319-4090 |
| 13 | | THOMAS ZACCARO (SB# 183241) |
| 14 | | thomaszaccaro@paulhastings.com<br>515 South Flower Street |
| 15 | | Twenty-Fifth Floor<br>Los Angeles, California 90071 |
| 16 | | Telephone: (213) 683-6000<br>Facsimile: (213) 996-3146 |
| 17 | | *Attorney for Defendant Snap Inc.* |

# **FILER'S ATTESTATION**

I, Heidi L. Keefe, am the ECF user whose ID and password are being used to file this DEFENDANTS' NOTICE AND MOTION TO STAY PENDING INTER PARTES REVIEW. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Snap concurred in the filing of this document.

*/s/ Heidi L. Keefe*
Heidi L. Keefe