1   *Counsel in Signature Block*

2

3

4

5               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
6

7   BLACKBERRY LIMITED,                     Case Nos.  2:18-cv-01844;
                                            2:18-cv-02693 GW(KSx)
8                   Plaintiff,

9        v.                                 **NOTICE WITHDRAWING
                                            PRE-INSTITUTION
10  FACEBOOK, INC., WHATSAPP INC.,          MOTION TO STAY IN VIEW OF
                                            COURT'S GUIDANCE**
11  and INSTAGRAM LLC,

12                  Defendants.             The Hon. George H. Wu

13                                          Hearing Date:  May 20, 2019
    ─────────────────────────────          Time:  8:30 A.M.
14                                          Place:  Courtroom 9D

15  SNAP INC.,

16                  Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1       On April 16, Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC

2   (collectively, the "Facebook Defendants") and Snap Inc. ("Snap") filed a motion to stay

3   pending *inter partes* review institution decisions by the Patent Office.  (Dkt. 161-1.)

4   All asserted claims are subject to pending petitions for *inter partes* review before the

5   Patent Office.

6       The Court subsequently informed the parties that it has a "practice to deny

7   motions to stay until after the PTAB has made a decision regarding whether it will

8   actually institute an IPR".  (Dkt. 166 at 2.)  In view of the Court's guidance, pursuant

9   to Civil Local Rule 7-16, Defendants hereby withdraw their motion to stay (Dkt. 161),

10  without prejudice to renewing the motion after receipt of institution decisions from the

11  Patent Office on the IPR petitions.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    Dated:  April 26, 2019                    RESPECTFULLY SUBMITTED,

3

4                                              /s/ Heidi L. Keefe

5
                                              COOLEY LLP
6                                             HEIDI L. KEEFE (178960)
                                              (hkeefe@cooley.com)
7                                             MARK R. WEINSTEIN (193043)
                                              (mweinstein@cooley.com)
8                                             MATTHEW J. BRIGHAM (191428)
                                              (mbrigham@cooley.com)
9
                                              3175 Hanover Street
10                                            Palo Alto, CA  94304-1130
                                              Telephone: (650) 843-5000
11                                            Facsimile:  (650) 849-7400
12

13                                            COOLEY LLP
                                              MICHAEL G. RHODES (116127)
14                                            (rhodesmg@cooley.com)
                                              101 California Street, 5th Floor
15                                            San Francisco, CA  94111-5800
                                              Telephone: (415) 693-2000
16                                            Facsimile:  (415) 693-2222
17

18                                            Attorneys for Defendants
19                                            FACEBOOK, INC., WHATSAPP INC.,
                                              INSTAGRAM, INC., and
20                                            INSTAGRAM, LLC
21

22

23

24

25

26

27

28

1    DATED:  April 26, 2019                    RESPECTFULLY SUBMITTED,

2

3                                       By  */s/ Chad J. Peterman*
                                           PAUL HASTINGS LLP
4                                          YAR R. CHAIKOVSKY (SB# 175421)
                                           yarchaikovsky@paulhastings.com
5                                          PHILIP OU (SB# 259896)
                                           philipou@paulhastings.com
6                                          DAVID OKANO (SB# 278485)
                                           davidokano@paulhastings.com
7                                          1117 S. California Avenue
                                           Palo Alto, California 94304
8                                          Telephone: 1(650) 320-1800
                                           Facsimile: 1(650) 320-1900
9
                                           CHAD J. PETERMAN (*Pro Hac Vice*)
10                                         chadpeterman@paulhastings.com
                                           200 Park Avenue
11                                         New York, New York 10166
                                           Telephone: (212) 319-6000
12                                         Facsimile: (212) 319-4090

13                                         THOMAS ZACCARO (SB# 183241)
                                           thomaszaccaro@paulhastings.com
14                                         515 South Flower Street
                                           Twenty-Fifth Floor
15                                         Los Angeles, California 90071
                                           Telephone: (213) 683-6000
16                                         Facsimile: (213) 996-3146

17                                         *Attorney for Defendant Snap Inc.*

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Heidi L. Keefe, am the ECF user whose ID and password are being used to file this NOTICE WITHDRAWING PRE-INSTITUTION  MOTION TO STAY IN VIEW OF  COURT'S GUIDANCE.  Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that counsel for Snap concurred in the filing of this document.


*/s/ Heidi L. Keefe*
Heidi L. Keefe