# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BlackBerry Limited, | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CV 18-1844-GW-KS |
| v. | | |
| Facebook, Inc. et. al., | | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge KAREN L. STEVENSON. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated: May 7, 2019                    By: G. Roberson
                                          Deputy Clerk