PAUL HASTINGS LLP
Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB# 278485)
davidokano@paulhastings.com
1117 S. California Ave.
Palo Alto, CA 94304
Phone: (650) 320-1800
Fax: (650) 320-1900

Thomas Zaccaro (SB# 183241)
thomaszaccaro@paulhastings.com
515 S. Flower St., Floor 25
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 996-3146

Chad J. Peterman (*pro hac vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, NY 10166
Phone: (212) 318-6000
Fax: (212) 319-4090

Attorneys for Snap Inc.
*See Signatures for Additional Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>Defendants,<br><br>SNAP INC., a Delaware corporation<br><br>Defendant. | CASE NO. 2:18-cv-01844 GW(KSx)<br>CASE NO. 2:18-cv-02693 GW(KSx)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' AMENDED APPLICATION FOR AN ORDER FOR THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE |

Case No. 2:18-cv-01844 GW (KSx)
Case No. 2:18-cv-02693 GW (KSx)

[PROPOSED] ORDER GRANTING DEFENDANTS' AMENDED APPLICATION FOR AN ORDER FOR THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Before the Court is Defendants' Motion for Issuance of Letters of Request for International Judicial Assistance to Norton Rose Fulbright Canada LLP, Blake, Cassels & Graydon LLP, Nokia Corporation, Weibo Corporation, Jean Philippe Bouchard, Christopher R. Wormald, Lawrence E. Kuhl, Craig A. Dunk. Mihal Lazaridis, Michael S. Brown, Alfred Menezes, Ashok Vadekar, Robert J. Lambert, Terrill Dent, Ronald Scotte Zinn, Samer Fahmy, Kalu Onuka Kalu, and Gerhard D. Klassen.

After consideration of said motion, the Court finds that it is well taken and is hereby GRANTED. The Court shall execute each submitted Letter of Request for International Judicial Assistance with an original signature, to which the clerk shall affix an original seal, which shall then be transmitted to counsel for Defendants.

IT IS SO ORDERED.

DATED: May 7, 2019

_____
The Honorable Karen L. Stevenson
United States District Magistrate Judge

Case No. 2:18-cv-01844 GW (KSx)
Case No. 2:18-cv-02693 GW (KSx)

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' AMENDED APPLICATION FOR AN ORDER FOR THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE