IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>    Defendants,<br><br>SNAP INC., a Delaware corporation<br><br>    Defendant. | Case No. CV 18-1844-GW-KSx<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**ORDER EXTENDING TIME FOR CASE SCHEDULING REPORT AND PARTIES' CASE NARROWING ELECTIONS** |

Having considered the Joint Stipulation of the parties, IT IS HEREBY ORDERED THAT that the deadline for the parties' Joint Scheduling Report is extended to May 13, 2019. The deadline for Plaintiff's final election of claims is extended to May 13, 2019. The deadline for Defendants' final election of prior art is extended to May 28, 2019.

**IT IS SO ORDERED.**

Dated: May 8, 2019

_____
GEORGE H. WU, U.S. District Judge