1 | COUNSEL LISTED
2 | IN SIGNATURE BLOCK

3

4

5

6

7

8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLACKBERRY LIMITED, a Canadian corporation, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 2:18-cv-01844-GW-KS **LEAD CONSOLIDATED CASE** |
| v. | ) ) | Related Case: 2:18-cv-02693-GW-KS |
| FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company | ) ) ) ) ) ) ) | **JOINT REPORT REGARDING CASE SCHEDULE** |
| Defendants, | ) ) | |
| SNAP INC., a Delaware corporation | ) ) | |
| Defendant. | ) | |

Pursuant to the Court's orders (Dkt. 166, 200), the parties have met and conferred and offer the following proposals for a comprehensive scheduling order through trial in these consolidated cases.

| Event | Plaintiff's Proposed Schedule | Plaintiff's Alternative Schedule | Defendants' Proposed Schedule |
|---|---|---|---|
| Claim Narrowing Deadline | May 31, 2019 | May 31, 2019 | May 31, 2019 |
| Prior Art Narrowing Deadline | June 14, 2019 | June 14, 2019 | June 14, 2019 |
| Fact Discovery Complete | August 2, 2019 | August 28, 2019 | September 6, 2019 |
| Final Infringement Contentions | August 16, 2019 | September 11, 2019 | September 20, 2019 |
| Final Invalidity Contentions | August 30, 2019 | September 25, 2019 | October 4, 2019 |
| Opening Expert Reports (reports for issues on which a party bears the burden of proof) | September 13, 2019 | October 9, 2019 | October 18, 2019 |
| Rebuttal Expert Reports (reports for issues on which a party does not bear the burden of proof) | October 11, 2019 | November 6, 2019 | December 6, 2019 |
| Mediation Deadline | October 23, 2019 | November 13, 2019 | December 12, 2019 |
| Post-Mediation Status Conference | October 24, 2019 | November 14, 2019 | December 13, 2019 |
| Expert Discovery Complete | October 25, 2019 | November 20, 2019 | January 10, 2020 |
| Summary Judgment and *Daubert* Motions Due | November 8, 2019 | December 2, 2019 | January 16, 2020 |
| Oppositions to Summary Judgement and *Daubert* Motions Due | November 22, 2019 | December 13, 2020 | February 6, 2020 |

| Replies to Summary Judgement and *Daubert* Motions Due | December 5, 2019 | December 20, 2020 | February 20, 2020 |
|---|---|---|---|
| Hearing on Summary Judgment and *Daubert* Motions | December 19, 2019 | January 6, 2020 | March 5, 2020 |
| Pretrial conference (Facebook) | January 13, 2020 | February 3, 2020 | March 31, 2020 |
| Trial Begins (Facebook) | January 20, 2020 | February 12, 2020 | April 13, 2020 |
| Pretrial Conference (Snap) | February 10, 2020 | March 2, 2020 | April 27, 2020 |
| Trial Begins (Snap) | February 17, 2020 | March 9, 2020 | May 11, 2020 or June 29, 2020 |

### **Plaintiff's Statement**

In advance of the April 23 status conference, BlackBerry proposed a case schedule culminating in a December 9, 2019 trial date (Dkt. 158).  In its Tentative Order regarding scheduling, the Court noted that BlackBerry's proposal was "reasonable," but that it should also account for Defendants' April 16 Application for International Judicial Assistance (the "Application").  (Dkt. 164.)

Since that time, and in the interest of expediting Court action on the Application, BlackBerry met and conferred with Defendants to address issues with the Application.  As a result of these efforts, Defendants filed a revised Application, which was mutually acceptable to both BlackBerry and Defendants, and which allowed the Court to grant Defendants' request without opposition by BlackBerry.  (Dkt. 179, 181.)  BlackBerry maintains, however, that while it is not opposed, in principle, to Defendants seeking foreign discovery, the case schedule should not be held hostage to this process, and BlackBerry would therefore request that the discovery and trial schedule be set now and that it not be changed as a result of delays in the foreign discovery process.  It is unclear how long it will take the relevant foreign authorities to act upon Defendants' requests (if they act at all), and any scheduling

extension for foreign discovery should be a matter of weeks, not months.   If Defendants had wanted to ensure their access to foreign discovery, they could have filed their foreign discovery Application at the start of this case, over one year ago.

BlackBerry has also met and conferred with the Facebook Defendants in an effort to address certain scheduling conflicts identified by Facebook's counsel.  Based on those discussions, BlackBerry understands that three separate lawyers at Cooley, LLP (Facebook's outside counsel) have other trial, ITC, and arbitration hearing commitments in, respectively, January, early February, and mid-March of 2020.[1] However, after further conferring with Facebook, BlackBerry understands the following regarding these conflicts: (i) the January conflict is actually comprised of two separate ITC proceedings (involving only a single Cooley attorney involved in this case), and there is a one-week gap (January 20 and January 27) between these two conflicting proceedings; (ii) there is more than a three-week gap (between February 12 and March 9) where Facebook's lawyers have no trial conflicts;[2] (iii) most (if not all) of these other cases posing trial conflicts were filed *after* the present case; and (iv) the March 9 trial conflict is not a definite conflict, but merely the earliest possible date on which that particular trial may go forward.

In light of its stated conflicts, Facebook and Snap have requested a Facebook

_____

[1]   The Facebook Defendants have also represented that their damages expert has been retained in a matter currently scheduled to go to trial on February 17, 2020. That poses no conflict with BlackBerry's proposed schedule—and only minimally overlaps with BlackBerry's alternative schedule.  BlackBerry notes that, unlike with counsel, expert witnesses have no need to attend the entirety of trial and can easily testify in two trials despite the possibility of some overlap.

[2]   BlackBerry understands that one of Facebook's counsel has a pre-trial conference in Texas during this period, but disagrees that a pre-trial conference for a later-filed case should disrupt the scheduling of trial for this case.  Moreover, if necessary, the court could be dark on the two days required for counsel's travel and appearance at the hearing in Texas.

trial date for this case no earlier than April 14, 2020—*i.e.*, over four full months later than the proposal BlackBerry offered at the last status conference—and a Snap trial date for no earlier than May 11, 2020.  As an initial matter, BlackBerry's counsel has a conflict for the week of April 13-April 17, so this specific date is not viable.[3] Additionally, while BlackBerry would like to accommodate counsel, a four-month delay is simply too long and would prejudice BlackBerry, who has worked diligently to prepare its case for trial.[4]

First, this Court should not be required to schedule around the individual trial commitments of three separate lawyers on Facebook's trial team, particularly given that these other trial commitments appear to be for cases that have been pending for far less time than this case.[5]  Facebook's outside counsel, Cooley, is a national law firm with hundreds of attorneys, seven of which have filed notices of appearance in this case.  Thus, Facebook will suffer no prejudice from a reasonable trial date in this case.

Second, Facebook's stated need for an April 14, 2020 trial ignores that potential earlier trial dates, either on January 20, 2020 or February 12, 2020 would appear to be viable trial dates that minimize any burdens resulting from the scheduling issues raised by Defendants.  While back-to-back trials may well prove inconvenient for Facebook's trial counsel, this is an issue that we all face from time to time, and it is not a sufficient reason to impose a four-month delay in these proceedings.

Third, it is far from clear that each of the conflicts identified by Facebook will

---

[3]   The earliest April date that BlackBerry could be available is April 21.

[4]   Although Defendants note that BlackBerry previously proposed a trial date as late as May 2020, Defendants neglect to mention that proposal came nearly ten months ago and that it initially contemplated a claim construction hearing would occur no earlier than *today*—May 13, 2019.

[5]   BlackBerry understands that the January conflict relates to two separate ITC Investigations that were filed just last month (April 2019)—over one full year *after* this case commenced.

actually materialize and result in trials on the projected dates which are between eight-
and ten-months from now.  The March 9 conflict, in particular, is merely a "no-earlier-
than" date, which means that a trial in that matter may ultimately be scheduled for
several weeks later.  This, of course, could then conflict with April 14, 2020 trial date
that Facebook requests here, potentially resulting in even *further* delay.

Finally, while Defendant Snap joins in the Facebook Defendants' request for
delayed trial dates, they do not claim to have any concrete conflicts with the Snap trial
dates identified in either BlackBerry's proposed schedule or its alternative schedule.
The only *potential* conflict Snap's counsel has identified with respect to BlackBerry's
primary proposed schedule relates to one attorney's involvement in a trial they
represent is "likely to start in mid-February."  Snap's counsel has not identified any
potential conflicts with BlackBerry's alternative schedule.

For these reasons, BlackBerry respectfully requests that the Court reject
Defendants' request for delayed trial dates.  BlackBerry's preference is to target a
January 20, 2020 Facebook trial date and a February 17, 2020 Snap trial date.  This
schedule results in a Facebook trial five weeks later than the December 9 schedule
previously proposed, and it should give Defendants a reasonable opportunity to seek
their international discovery.  As an alternative, BlackBerry proposes a schedule to
target February 12 (Facebook) and March 9 (Snap) trial dates.  While this schedule
introduces more delay than BlackBerry would prefer, BlackBerry understands that
this alternative schedule would avoid all trial conflicts identified by Defendants'
counsel.

//

//

**Defendants' Statement**

The Facebook Defendants' key trial counsel (Heidi Keefe, Michael Rhodes, and Matt Brigham) have four different trial proceedings scheduled across multiple jurisdictions from January to March 2020. [6]  Ms. Keefe is involved in another trial for Facebook in Texas (*Motiva Patents v. Facebook*, No. 18-178 (E.D. Tex.)) with a pretrial conference on February 18, 2020,[7] and an order to be ready for trial by March 9, 2020.  Mr. Brigham is involved in two different ITC investigations set for trials in January (Inv. No. 337-TA-1149 (trial beginning January 13, 2020); Inv. No. 337-TA-1152 (trial beginning January 27, 2020)).  Mr. Rhodes is involved in an AAA arbitration beginning February 3, 2020.  The Facebook Defendants' damages expert also has trials beginning in February 17, March 2, and April 27, 2020.  As a result, the Facebook Defendants would prefer a trial in May or June 2020 in order to be clear of these conflicts.

However, to accommodate BlackBerry's desire for an aggressive trial date, the Facebook Defendants have proposed the earliest possible date that does not present an immovable conflict – April 2020.  The Facebook Defendants' proposed trial date is only two years from BlackBerry's service of the complaint.  Given the breadth of these consolidated complex patent cases (eleven patents; four defendants; two separate cases), an April 2020 trial date is more than reasonable and certainly not the "delay" BlackBerry makes it out to be.  To the contrary, the Facebook Defendants' proposed trial date is one month *earlier* than the May 2020 trial date BlackBerry itself

---

[6] Other pre-trial deadlines and work are also scheduled leading up to these trial dates.

[7] Contrary to BlackBerry's assertion, BlackBerry's "alternative" Thursday, February 12 trial date for Facebook would conflict with both this date for Ms. Keefe (given the likely length of this trial and travel time to Texas) as well as Mr. Rhodes' ability to prepare for trial given an arbitration the week before.

proposed in the Rule 26(f) report.  (Dkt. 64-1 at 3 (BlackBerry proposing "May 11, 2020" for trial").)

The Snap Defendant's key trial counsel (Yar Chaikovsky, David Beckwith, Cole Malmberg and Berkeley Fife) also have a trial set for January 27, 2020 in Texas (*SecurityProfiling v. Trend Micro*, No. 3:17-CV-1484-N (N.D. Tex)).  Snap's lead counsel, (Yar Chaikovsky) also has a child's graduation on May 21, 2020 and a trial scheduled for June 8, 2020 in Delaware (*3G Licensing v. HTC*, No. 17-CV-83-LPS D. Del.)  Both of the above trials are for cases older than the current matter. Snap's lead counsel also has a pretrial conference on January 15, 2020 in *Texas Innovation Sciences v. HTC*, No. 4:18-cv-00476-ALM (E.D. Tex.) with trial likely to start in mid-February 2020.  Snap trial counsel Chad Peterman also has a trial in New York set for January 13, 2020 (*Arbor v. Taro*, No. 1:17-CV-09846-SHS) and a *Markman* Hearing on January 23, 2020 in Delaware (*Arbor v. Teva*, No. 1:19-CV-00053-CFC (D. Del.).

BlackBerry's comment that the trial conflicts are in cases filed after this case is not correct in the case of the currently scheduled trials for Snap's counsel and misses the point.  These trial dates were set by other courts based on their schedules and the cases before them, not as part of some multi-jurisdictional first-to-file, first-to-trial directive.  No trial conflict existed at the time of scheduling those other cases and thus, those schedules should be respected particularly when any conflict can be avoided now.

Because Defendants' trial counsel have immovable conflicts, and Defendants wish to properly prepare for trial with their counsel of choice, Defendants respectfully request that the Court enter Defendants' proposed schedule, repeated below. Although it will make little difference to BlackBerry whether the trials occur in January, February, or April, it would be unduly prejudicial to Defendants to have an unjustifiably early trial date that would hamper their ability to prepare for trial.

Defendants respectfully request a case management conference to discuss these conflicts should the Court not be inclined to set an April trial date.

| Event | Defendants' Proposal |
|---|---|
| Claim Narrowing Deadline | May 31, 2019 |
| Prior Art Narrowing Deadline | June 14, 2019 |
| Fact Discovery Complete | September 6, 2019 |
| Final Infringement Contentions | September 20, 2019 |
| Final Invalidity Contentions | October 4, 2019 |
| Opening Expert Reports (reports for issues on which a party bears the burden of proof) | October 18, 2019 |
| Rebuttal Expert Reports (reports for issues on which a party does not bear the burden of proof) | December 6, 2019 |
| Mediation Deadline | December 12, 2019 |
| Post-Mediation Status Conference | December 13, 2019 |
| Expert Discovery Complete | January 10, 2020 |
| Summary Judgment and *Daubert* Motions Due | January 16, 2020 |
| Oppositions to Summary Judgement and *Daubert* Motions Due | February 6, 2020 |
| Replies to Summary Judgement and *Daubert* Motions Due | February 20, 2020 |
| Hearing on Summary Judgment and *Daubert* Motions | March 5, 2020 |
| Pretrial conference (Facebook) | March 31, 2020 |
| **Trial Begins (Facebook)** | **April 13, 2020** |
| Pretrial Conference (Snap) | April 27, 2020 |
| **Trial Begins (Snap)** | **May 11, 2020 or June 29, 2020** |

1 | DATED: May 13, 2019

Respectfully submitted,

2

3 | QUINN EMANUEL URQUHART & SULLIVAN, LLP

4

By | /s/ James R. Asperger

5 | QUINN EMANUEL URQUHART & SULLIVAN, LLP

6 | James R. Asperger (Bar No. 83188)

7 | jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor

8 | Los Angeles, CA 90017

9 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100

10

11 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com

12 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com

13 | 555 Twin Dolphin Drive, 5th Floor

14 | Redwood Shores, CA 94065
Telephone: (650) 801-5000

15 | Facsimile: (650) 801-5100

16

17 | BLACKBERRY CORPORATION

18 | Edward R. McGah, Jr (SBN 97719)
Vice President, Deputy General Counsel

19 | 41 Ticknor Place
Laguna Niguel, California 92677

20 | Telephone: (+1) 650-581-4750

21

22 | *Attorneys for BlackBerry Limited*

23

24

25

26

27

28

1    Dated:  May 13, 2019                          COOLEY LLP

2

3                                                  /s/ Dena Chen
                                                   _____
4                                                  Dena Chen

5                                                  COOLEY LLP
6                                                  HEIDI L. KEEFE (178960)
                                                   (hkeefe@cooley.com)
7                                                  MARK R. WEINSTEIN (193043)
8                                                  (mweinstein@cooley.com)
                                                   MATTHEW J. BRIGHAM (191428)
9                                                  (mbrigham@cooley.com)
10                                                 LOWELL D. MEAD (223989)
                                                   (lmead@cooley.com)
11                                                 3175 Hanover Street
12                                                 Palo Alto, CA  94304-1130
                                                   Telephone: (650) 843-5000
13                                                 Facsimile:  (650) 849-7400

14

15                                                 COOLEY LLP
                                                   MICHAEL G. RHODES (116127)
16                                                 (rhodesmg@cooley.com)
17                                                 101 California Street
                                                   5th Floor
18                                                 San Francisco, CA  94111-5800
                                                   Telephone: (415) 693-2000
19                                                 Facsimile:  (415) 693-2222

20

21                                                 Attorneys for Defendants
                                                   FACEBOOK, INC., WHATSAPP INC.,
22                                                 INSTAGRAM, INC., and INSTAGRAM,
                                                   LLC
23

24

25

26

27

28

                                    -10-          Case No. 2:18-cv-01844 GW(KSx)
                                                  Case No. 2:18-cv-02693 GW(KSx)
                                                  JOINT REPORT REGARDING CASE SCHEDULE

1

2   Dated:  May 13, 2019

3

4                              By  /s/ David Beckwith

5                                    PAUL HASTINGS LLP
                                     YAR R. CHAIKOVSKY  (SB# 175421)
6                                    yarchaikovsky@paulhastings.com
7                                    PHILIP OU  (SB# 259896)
                                     philipou@paulhastings.com
8                                    ANTHONY J. TARTAGLIO  (SB#
9                                    280286)
                                     anthonytartaglio@paulhastings.com
10                                   1117 S. California Avenue
11                                   Palo Alto, California  94304
                                     Telephone:  1(650) 320-1800
12                                   Facsimile:  1(650) 320-1900
13
                                     CHAD J. PETERMAN  (*Pro Hac Vice*)
14                                   chadpeterman@paulhastings.com
15                                   200 Park Avenue
                                     New York, New York 10166
16                                   Telephone: (212) 319-6000
17                                   Facsimile: (212) 319-4090

18                                   THOMAS ZACCARO (SB# 183241)
19                                   thomaszaccaro@paulhastings.com
                                     515 South Flower Street
20                                   Twenty-Fifth Floor
21                                   Los Angeles, California 90071
                                     Telephone: (213) 683-6000
22                                   Facsimile: (213) 996-3146
23
                                     Attorneys for Defendant
24                                   Snap Inc.

25

26

27

28

                              -11-        Case No. 2:18-cv-01844 GW(KSx)
                                          Case No. 2:18-cv-02693 GW(KSx)
                                          JOINT REPORT REGARDING CASE SCHEDULE

**FILER'S ATTESTATION**

I, James Asperger, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report.  Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.


By  */s/ James Asperger*