UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 18-1844-GW(KSx) <br> CV 18-2693-GW(KSx) | Date | May 15, 2019 |
|---|---|---|---|
| Title | *BlackBerry Limited v. Facebook, Inc. et al* <br> *BlackBerry Limited v. Snap Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

None Present                                                      None Present

**PROCEEDINGS:**   **IN CHAMBERS - ORDER**


After review of the parties' Joint Report regarding the setting of future dates, the Court adopts the following tentative schedule. The parties are ordered to appear telephonically on May 20, 2019 at 9:30 a.m. to discuss the schedule.

:

Initials of Preparer   JG

***BlackBerry Limited v. Facebook, Inc. et al***; Case No. 2:18-cv-01844-GW-(KSx)
***BlackBerry Limited v. Snap Inc.***; Case No. 2:18-cv-02693-GW-(KSx)
Tentative Schedule after Review and Based upon the Parties' Joint Report, Docket No. 206

| Event | Plaintiff's Proposed Schedule[1] | Defendants' Proposed Schedule | Court's Tentative Ruling |
|---|---|---|---|
| Claim Narrowing Deadline | May 31, 2019 | May 31, 2019 | May 31, 2019 |
| Prior Art Narrowing Deadline | June 14, 2019 | June 14, 2019 | June 14, 2019 |
| Fact Discovery Complete | August 2, 2019 | September 6, 2019 | August 2, 2019 |
| Final Infringement Contentions | August 16, 2019 | September 20, 2019 | August 16, 2019 |
| Final Invalidity Contentions | August 30, 2019 | October 4, 2019 | August 30, 2019 |
| Opening Expert Reports (reports for issues on which a party bears the burden of proof) | September 13, 2019 | October 18, 2019 | September 13, 2019 |
| Rebuttal Expert Reports (reports for issues on which a party does not bear the burden of proof) | October 11, 2019 | December 6, 2019 | October 11, 2019 |
| Mediation Deadline | October 23, 2019 | December 12, 2019 | October 28, 2019 |
| Post-Mediation Status Conference | October 24, 2019 | December 13, 2019 | October 31, 2019 at 8:30 AM |
| Expert Discovery Complete | October 25, 2019 | January 10, 2020 | November 1, 2019 |
| Summary Judgment and *Daubert* Motions Due | November 8, 2019 | January 16, 2020 | November 12, 2019 |
| Oppositions to Summary Judgment and *Daubert* Motions Due | November 22, 2019 | February 6, 2020 | December 2, 2019 |
| Replies to Summary Judgment and *Daubert* Motions Due | December 5, 2019 | February 20, 2020 | December 16, 2019 |

---

[1] Plaintiff also included an alternative proposed schedule in the joint report.  *See* Docket No. 206.

| | | | |
|---|---|---|---|
| Hearing on Summary Judgment and *Daubert* Motions | December 19, 2019 | March 5, 2020 | January 13, 2020 at 8:30 AM |
| First Pretrial Conference (**All Defendants**) | *Snap only February 10, 2020 | *Snap only April 27, 2020 | March 5, 2020 at 8:30 AM |
| Trial Begins (Snap) | February 17, 2020 | May 11, 2020 or June 29, 2020 | March 17, 2020 at 8:30 AM |
| Second Pretrial Conference, if necessary (Facebook Defendants) | January 13, 2020 | March 31, 2020 | April 2, 2020 at 8:30 AM |
| Trial Begins (Facebook Defendants) | January 20, 2020 | April 13, 2020 | April 13, 2020 at 8:30 AM |