PAUL HASTINGS LLP
Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB# 278485)
davidokano@paulhastings.com
1117 S. California Ave.
Palo Alto, CA 94304
Phone:  (650) 320-1800
Fax:  (650) 320-1900

Thomas Zaccaro  (SB# 183241)
thomaszaccaro@paulhastings.com
515 S. Flower St., Floor 25
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 996-3146

Chad J. Peterman (*pro hac vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, NY  10166
Phone:  (212) 318-6000
Fax:  (212) 319-4090

Attorneys for Snap Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT**

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>Defendants,<br><br>SNAP INC., a Delaware corporation<br><br>Defendant. | CASE NO. 2:18-cv-01844 GW(KSx)<br>CASE NO. 2:18-cv-02693 GW(KSx)<br><br>**SNAP INC. TRIAL SCHEDULING CONFLICTS** |

Pursuant to the Court's Tentative Schedule (Dkt. 209) Snap Inc. hereby submits the following additional trial scheduling conflicts. The tentative trial schedule for Snap of March 17, 2020 would severely prejudice Snap in its trial presentation, as its damages expert is scheduled for back-to-back trials in Delaware District Court, from February through early April. As explained in the Putnam Declaration filed concurrently herewith, Dr. Putnam is set for trial in Delaware District Court on the following related matters, pending since 2015:

Feb 6-20, 2020, *Evolved Wireless v. HTC* 15-543

Feb. 24-March 9, 2020, *Evolved Wireless v. ZTE*, No. 15-546

March 4-18, 2020, *Evolved Wireless v. Motorola*, No. 15-544

March 23-April 4, 2020, *Evolved Wireless v. Microsoft*, No. 15-547

Dr. Putnam requires at least a week preparation before testifying which will fully consume his availability to prepare for and attend trial in California from February until mid-April, 2020. These facts, coupled with the existing conflicts of trial counsel, render the tentative trial date of March 17 unworkable. Snap respectfully requests the tentative Snap Trial date of March 17, 2020 be moved to May 11, 2020.

Dated: May 22, 2019                    Respectfully Submitted,

                                       PAUL HASTINGS LLP


                                       By  */s/ Yar R. Chaikovsky*
                                            Yar R. Chaikovsky

| | |
|---|---|
| 1 | PAUL HASTINGS LLP |
| 2 | YAR R. CHAIKOVSKY  (SB# 175421) |
|   | yarchaikovsky@paulhastings.com |
| 3 | PHILIP OU  (SB# 259896) |
|   | philipou@paulhastings.com |
| 4 | 1117 S. California Avenue |
| 5 | Palo Alto, California  94304 |
|   | Telephone:  1(650) 320-1800 |
| 6 | Facsimile:  1(650) 320-1900 |
| 7 | CHAD J. PETERMAN  (*Pro Hac Vice*) |
|   | chadpeterman@paulhastings.com |
| 8 | 200 Park Avenue |
| 9 | New York, New York 10166 |
|   | Telephone: (212) 319-6000 |
| 10 | Facsimile: (212) 319-4090 |
| 11 |  |
| 12 | Attorneys for Defendant |
|    | Snap Inc. |

LEGAL_US_W # 98670270.1