PAUL HASTINGS LLP
Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB# 278485)
davidokano@paulhastings.com
1117 S. California Ave.
Palo Alto, CA 94304
Phone: (650) 320-1800
Fax: (650) 320-1900

Thomas Zaccaro (SB# 183241)
thomaszaccaro@paulhastings.com
515 S. Flower St., Floor 25
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 996-3146

Chad J. Peterman (*pro hac vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, NY 10166
Phone: (212) 318-6000
Fax: (212) 319-4090

Attorneys for Snap Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>Defendants,<br><br>SNAP INC., a Delaware corporation<br><br>Defendant. | CASE NO. 2:18-cv-01844 GW(KSx)<br>CASE NO. 2:18-cv-02693 GW(KSx)<br><br>**DECLARATION OF JONATHAN PUTNAM REGARDING TRIAL SCHEDULING CONFLICTS** |

Pursuant to the Court's orders (Dkt. 166, 200), I, Jonathan Putnam, submit the following declaration regarding my scheduling conflicts for February through May, 2020.

1. I have been retained as an expert economist by Snap Inc. in the above matter.

I understand that the Court in this matter has identified March 17, 2020 as the possible trial date for the Snap trial. Given my pre-existing trial schedule as set forth below, a March trial date would create a substantial conflict that could preclude my ability to prepare and provide effective testimony in this matter.

2. I currently have 4 matters, each scheduled for a two-week trial in Delaware, as follows:

Feb 6-20, 2020, *Evolved Wireless v. HTC* 15-543

Feb. 24-28, 2020, *Evolved Wireless v. ZTE*, No. 15-546

March 4-17, 2020, *Evolved Wireless v. Motorola*, No. 15-544

March 23-April 4, 2020, *Evolved Wireless v. Microsoft*, No. 15-547

3. I typically spend a week preparing before my trial testimony. As the above trial schedule indicates, I have essentially back-to-back trials in Delaware that I expect will fully consume my availability to prepare for or attend a trial in California from February until mid-April, 2020. It has also been my experience that cross-continent travel negatively impacts the testimony preparation process, and would significantly impair my ability to provide all my clients with my best work product if I were required to travel to California between Delaware trials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 22, 2019

Jonathan Putnam, PhD