## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **CV 18-1844-GW(KSx)**<br>CV 18-2693-GW(KSx) | Date | May 24, 2019 |
|---|---|---|---|
| Title | *BlackBerry Limited v. Facebook, Inc. et al*<br>*BlackBerry Limited v. Snap Inc.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

James R. Asperger
Jordan R. Jaffe
Patrick Schmidt

Attorneys Present for Defendants:

Heidi L. Keefe - Facebook
Matthew J. Brigham
Nikko Vo
Yar R. Chaikovsky - Snap, Inc.
David Beckwith

**PROCEEDINGS:        TELEPHONIC STATUS CONFERENCE**

Court and counsel confer re the tentative schedule issued on May 15, 2019 [209]. The Court adopts the dates as final.

                                                                                    :         05

Initials of Preparer    JG