UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  CV 18-1844-GW (KSx) | Date: June 10, 2019 |
| Title  *BlackBerry Limited v. Facebook, Inc. et al.* | |

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR 06/10//2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Nardinelli<br>Kristen Byrd | Heidi Keefe<br>Nikki Vo<br>Elizabeth Stameshkin |

**Proceedings:  MINUTES OF TELEPHONIC DISCOVERY CONFERENCE RE: FACEBOOK'S PRODUCTION OF CERTAIN ESI**

   Case called. Counsel state their appearances. The Court held a telephonic conference with counsel for Plaintiff Blackberry Limited ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") regarding three discovery issues: (1) production format for documents identified in a review of Mr. Zuckerberg's ESI files conducted on May 16, 2019; (2) possible modifications to the existing (Amended) Stipulated Protective Order (the "Protective Order") (Dkt. No. 99); and (3) whether the Court should compel Defendant to run additional searches for advertising-related documents using the ESI search terms Nos. 8-11 and 13 as identified in the Appendix to the parties' Joint Report Regarding Facebook's Production of Certain ESI ("Joint Report"). (Dkt. No. 213.) After reviewing the Joint Report and further discussion with the parties, the Court rules as follows:

   (1) Within two weeks, Plaintiff will complete its review of the remaining Zuckerberg documents identified in the de-duped set of approximately 950 documents collected as potentially responsive to discovery requests concerning Mr. Zuckerberg's Wall Street Journal op-ed article. When Plaintiff has completed tagging responsive documents,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 18-1844-GW (KSx)                                      Date: June 10, 2019

Title   _BlackBerry Limited v. Facebook, Inc. et al._

Defendant may make designations, if any, regarding confidential treatment under the existing Protective Order, which provides for "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY" designations.[1] The parties will then meet and confer to discuss any concerns regarding Defendant's designations and the production format for the responsive documents.

(2) Discussion of possible modifications to the Protective Order is postponed until after Plaintiff completes tagging responsive documents identified in Item #1 above and the parties' conduct meet and confer discussions regarding the production format for those documents. If the parties reach an impasse in those discussions, they may seek the Court's assistance.

(3) Regarding additional searches using ESI search terms Nos. 8-11 and 13, the Court concludes that briefing is necessary to resolve this dispute. Plaintiff is to file a motion to compel Defendant to conduct further searches for advertising communications using ESI search terms Nos. 8-11 and 13. The motion shall be in the joint stipulation format pursuant to Local Rule 37-2, including the submission of supplemental memoranda of no more than five (5) pages, at least fourteen (14) days prior to the hearing. *See* Local Rule 37-2.3. A hearing date should be scheduled consistent with the Court's regular hearing calendar, which is available on the Central District's website at http://www.cacd.uscourts.gov/judges-schedules-procedures.

IT IS SO ORDERED.

: 44 mins

**Initials of Preparer**   gr

---

[1]   The Protective Order also includes a third level of protection, "HIGHLY CONFIDENTIAL – SOURCE CODE." ((Amended) Stipulated Protective Order, at ¶ 2.4 [Dkt. No. 99].)