**AO 436** (Rev. 04/13)
*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# AUDIO RECORDING ORDER

| Field | Value |
|---|---|
| 1. NAME | Michael Gordon |
| 2. PHONE NUMBER | (646) 517-2461 |
| 3. EMAIL ADDRESS | michael.gordon@cfraresearch.com |
| 4. MAILING ADDRESS | 12300 Twinbrook Pkwy., Ste. 510 |
| 5. CITY | Rockville |
| 6. STATE | MD |
| 7. ZIP CODE | 20852 |
| 8. CASE NUMBER | 2:18-cv-01844-GW-KS |
| 9. CASE NAME | BlackBerry Ltd. v. Facebook |
| 10. FROM | 6/10/2019 |
| 11. TO | 6/10/2019 |
| 12. PRESIDING JUDGE | Mag. J. Karen L. Stevenson |
| 13. CITY | Los Angeles |
| 14. STATE | California |

**15. ORDER FOR**
- ☐ APPEAL
- ☒ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Specify) Discovery Conference | 6/10/2019 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | 31.00 |
| ☐ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | | |
| **ESTIMATE TOTAL** | | 31.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE *[signature]*

19. DATE 12 June 2019

| PROCESSED BY | | | | PHONE NUMBER | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | | 31.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | | 31.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | | 31.00 |

**DISTRIBUTION:**  COURT COPY   ORDER RECEIPT   ORDER COPY