COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

*Attorneys for Defendants*
*FACEBOOK, INC., WHATSAPP INC.,*
*and INSTAGRAM, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM LLC,<br><br>    Defendants.<br><br>────────────────<br><br>SNAP INC.,<br><br>    Defendant. | Case Nos.  2:18-cv-01844;<br>2:18-cv-02693 GW(KSx)<br><br>**FACEBOOK DEFENDANTS' NOTICE AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 (U.S. PATENT NOS. 8,296,351 AND 8,676,929)**<br><br>Hearing Date:  August 29, 2019<br>Time:  8:30 A.M.<br>Place:  Courtroom 9D<br><br>Assigned to Hon. George H. Wu |

1  **PLEASE TAKE NOTICE** that on August 29, 2019, at 8:30 a.m., or as soon as the matter may be heard, in this Court, located at United States Courthouse, 350 West First Street, Los Angeles, CA, 90012, Courtroom 9D, 9th Floor, Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC (collectively, the "Facebook Defendants") will and hereby do move to dismiss U.S. Patent Nos. 8,296,351 and 8,676,929, under 35 U.S.C. § 101.[1]

This motion is based upon this notice, the accompanying memorandum of points and authorities, the declaration of Heidi L. Keefe (and accompanying exhibits), the Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment of Invalidity (U.S. Patent Nos. 8,296,351 and 8,676,929), the proposed order, and upon such other and further matters, papers, and arguments as may be submitted to the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 21, 2019.

---

[1] Twitter has filed a motion to dismiss under 35 U.S.C. § 101, which includes the same two patents (U.S. Patent Nos. 8,296,351 and 8,676,929), and is noticed for a hearing on August 29, 2019. *BlackBerry v. Twitter*, No. 2-19-cv-1444 (C.D. Cal.) (Wu, J.) (Dkts. 38, 39).

| | | |
|---|---|---|
| 1 | Dated:  July 9, 2019 | RESPECTFULLY SUBMITTED, |
| 2 | | |
| 3 | | */s/ Heidi L. Keefe* |
| 4 | | |
| 5 | | COOLEY LLP |
| | | HEIDI L. KEEFE (178960) |
| 6 | | (hkeefe@cooley.com) |
| 7 | | MARK R. WEINSTEIN (193043) |
| | | (mweinstein@cooley.com) |
| 8 | | MATTHEW J. BRIGHAM (191428) |
| 9 | | (mbrigham@cooley.com) |
| | | 3175 Hanover Street |
| 10 | | Palo Alto, CA  94304-1130 |
| 11 | | Telephone: (650) 843-5000 |
| | | Facsimile:  (650) 849-7400 |
| 12 | | |
| 13 | | COOLEY LLP |
| | | MICHAEL G. RHODES (116127) |
| 14 | | (rhodesmg@cooley.com) |
| 15 | | 101 California Street, 5th Floor |
| | | San Francisco, CA  94111-5800 |
| 16 | | Telephone: (415) 693-2000 |
| 17 | | Facsimile:  (415) 693-2222 |
| 18 | | Attorneys for Defendants |
| 19 | | FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM, LLC |