QUINN EMANUEL URQUHART & SULLIVAN, LLP
  James R. Asperger (Bar No. 83188)
  jamesasperger@quinnemanuel.com
  865 S. Figueroa St., 10th Floor
  Los Angeles, CA 90017
  Telephone: (213) 443-3000
  Facsimile: (213) 443-3100

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  555 Twin Dolphin Drive, 5th Floor
  Redwood Shores, CA 94065
  Telephone: (650) 801-5000
  Facsimile: (650) 801-5100

BLACKBERRY CORPORATION
  Edward R. McGah, Jr (SBN 97719)
  Vice President, Deputy General Counsel – Litigation
  41 Ticknor Place
  Laguna Niguel, California 92677
  Telephone: (+1) 650-581-4750

Attorneys for Plaintiff, BlackBerry Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP, INC., a Delaware corporation, and INSTAGRAM, INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>Defendants. | CASE NO.: 2:18-cv-01844 GW(KSx)<br><br>**NOTICE OF MOTION TO COMPEL THE PRODUCTION OF MATERIAL IN RESPONSE TO BLACKBERRY'S REQUESTS FOR ELECTRONICALLY STORED INFORMATION**<br><br>Date: August 14, 2019<br>Time: 10:00 a.m.<br>Judge: Karen L. Stevenson<br>Discovery Cut-off: August 2, 2019<br>Pretrial Conference: March 5, 2020<br>Trial Date: April 13, 2020 |

PLEASE TAKE NOTICE that on August 14, 2019 at 10:00 AM, Plaintiff BlackBerry Limited ("BlackBerry") will move to compel the production of material in response to BlackBerry's Request for Electronically Stored Information. Plaintiff BlackBerry and Defendants Facebook, Inc., WhatsApp, Inc., and Instagram, Inc. (collectively "Facebook" or "Defendant") submit a Joint Stipulation regarding the same.

The Joint Stipulation regarding the Motion to Compel Production is based on this Notice, the accompanying Memorandum of the Parties' Points and Authorities, the Declaration of Jeff Nardinelli (and accompanying exhibits), and the Declaration of Elizabeth L. Stameshkin (and accompanying exhibits).

DATED: July 11, 2019                    Respectfully submitted,


By /s/ *James R. Asperger*
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     James R. Asperger (Bar No. 83188)
     jamesasperger@quinnemanuel.com
     865 S. Figueroa St., 10th Floor
     Los Angeles, CA 90017
     Telephone: (213) 443-3000
     Facsimile: (213) 443-3100

     Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
     Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, CA 94065
     Telephone: (650) 801-5000
     Facsimile: (650) 801-5100

   BLACKBERRY CORPORATION
     Edward R. McGah, Jr (SBN 97719)
     Vice President, Deputy General Counsel
     41 Ticknor Place
     Laguna Niguel, California 92677
     Telephone: (+1) 650-581-4750
   James R. Asperger (Bar No. 83188)
   jamesasperger@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
   Los Angeles, CA 90017
   Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

   Attorneys for BlackBerry Limited