| | |
|---|---|
| COOLEY LLP | PAUL HASTINGS LLP |
| HEIDI L. KEEFE (178960) | Yar R. Chaikovsky (SB# 175421) |
| (hkeefe@cooley.com) | yarchaikovsky@paulhastings.com |
| MARK R. WEINSTEIN (193043) | Philip Ou (SB# 259896) |
| (mweinstein@cooley.com) | philipou@paulhastings.com |
| MATTHEW J. BRIGHAM (191428) | David Okano (SB# 278485) |
| (mbrigham@cooley.com) | davidokano@paulhastings.com |
| 3175 Hanover Street | 1117 S. California Ave. |
| Palo Alto, CA  94304-1130 | Palo Alto, CA 94304 |
| Telephone:   (650) 843-5000 | Phone:  (650) 320-1800 |
| Facsimile:    (650) 849-7400 | Fax:  (650) 320-1900 |
| | *Attorneys for Defendant Snap Inc.* |

*Attorneys for Defendants*
*FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM LLC,<br><br>Defendants.<br><hr>SNAP INC.,<br><br>Defendant. | Case Nos.  2:18-cv-01844; 2:18-cv-02693 GW(KSx)<br><br>**DEFENDANTS' NOTICE AND CONSOLIDATED MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 (U.S. PATENT NOS. 8,296,351, 8,676,929, AND 9,349,120)**<br><br>Hearing Date:  August 29, 2019<br>Time:  8:30 A.M.<br>Place:  Courtroom 9D<br><br>Assigned to the Hon. George H. Wu |

**PLEASE TAKE NOTICE** that on August 29, 2019, at 8:30 a.m., or as soon as the matter may be heard, in this Court, located at United States Courthouse, 350 West First Street, Los Angeles, CA, 90012, Courtroom 9D, 9th Floor, Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC (collectively, the "Facebook Defendants") and Snap Inc. ("Snap") will and hereby do move to dismiss U.S. Patent Nos. 8,296,351 and 8,676,929, under 35 U.S.C. § 101. The Facebook Defendants further will and hereby do move to dismiss U.S. Patent No. 9,349,120, under 35 U.S.C. § 101.[1]

This motion is based upon this notice, the accompanying consolidated memorandum of points and authorities,[2] the declaration of Heidi L. Keefe (and accompanying exhibits), the declaration of David Okano (and accompanying exhibits), the Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment of Invalidity, the proposed order, and upon such other and further matters, papers, and arguments as may be submitted to the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 21, 2019.

---

[1] Twitter has filed a motion to dismiss under 35 U.S.C. § 101, which includes the same patents (the '351, '929, and '120 patents), and is noticed for a hearing on August 29, 2019. *BlackBerry v. Twitter*, No. 2-19-cv-1444 (C.D. Cal.) (Wu, J.) (Dkts. 38, 39).

[2] The Facebook Defendants filed a motion for summary judgment of the '351 and '929 patents at Dkt. 226, and a motion for summary judgment of the '120 patent at Dkt. 229. Snap filed a motion for summary judgment of the '351 and '929 patents at Dkt. 227. The Court ordered the parties to file a consolidated motion on the '351, '929, and '120 patents, and set the hearing for August 29, 2019. (Dkt. 231.)

| | | |
|---|---|---|
| 1 | Dated:  July 17, 2019 | RESPECTFULLY SUBMITTED, |
| 2 | | |
| 3 | | */s/ Heidi L. Keefe* |
| 4 | | |
| 5 | | COOLEY LLP<br>HEIDI L. KEEFE (178960) |
| 6 | | (hkeefe@cooley.com) |
| 7 | | MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com) |
| 8 | | MATTHEW J. BRIGHAM (191428) |
| 9 | | (mbrigham@cooley.com)<br>3175 Hanover Street |
| 10 | | Palo Alto, CA  94304-1130 |
| 11 | | Telephone: (650) 843-5000<br>Facsimile:  (650) 849-7400 |
| 12 | | |
| 13 | | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 14 | | (rhodesmg@cooley.com) |
| 15 | | 101 California Street, 5th Floor<br>San Francisco, CA  94111-5800 |
| 16 | | Telephone: (415) 693-2000 |
| 17 | | Facsimile:  (415) 693-2222 |
| 18 | | Attorneys for Defendants |
| 19 | | FACEBOOK, INC., WHATSAPP INC.,<br>and INSTAGRAM, LLC |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Dated:  July 17, 2019

By  */s/ Yar R. Chaikovsky*

PAUL HASTINGS LLP
YAR R. CHAIKOVSKY  (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
DAVID OKANO (SB# 278485)
davidokano@paulhastings.com
1117 S. California Avenue
Palo Alto, California  94304
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

CHAD J. PETERMAN  (*Pro Hac Vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 319-6000
Facsimile: (212) 319-4090

THOMAS ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 996-3146

Attorneys for Defendant
Snap Inc.

## FILER'S ATTESTATION (C.D. CAL.)

I, Yar R. Chaikovsky, am the ECF user whose ID and password are being used to file this **DEFENDANTS' NOTICE AND CONSOLIDATED MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER SECTION 101 OF U.S. PATENT NOS. 8,296,351, 8,676,929, AND 9,349,120**. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for the Facebook Defendants concurred in the filing of this document.

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky