UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1844-GW-PLAx | Date | July 26, 2019 |
| Title | *BlackBerry Limited v. Facebook, Inc. et al* | Page | 1 of 2 |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS – ORDER REGARDING HEARINGS ON PENDING MOTIONS**

The parties have the following motions pending:

- Case No. 18-1844, Docket No. 242-2 (*see also* Docket No. 243): Application to File Documents Under Seal for Defendant Snap's Motion for Leave to File a First Amended Answer and Counterclaims,[1] scheduled for hearing August 15, 2019 at 8:30 am;

- Case No. 19-1444, Docket No. 39: Defendant Twitter's Motion to Dismiss First Amended Complaint, scheduled for hearing August 29, 2019 at 8:30 am by means of Court Order with briefing schedule entered at Docket No. 38 in that case;

- Case No. 18-1844, Docket No. 239: Defendants Facebook and Snap's Consolidated Motion for Summary Judgment of Invalidity of the '351, '929, and '120 Patents, set for hearing August 29, 2019 at 8:30 am by means of Court Order entered at Docket No. 231 in that case;

- Case No. 18-1844, Docket No. 244: BlackBerry's Motion for Partial Summary Judgment of Infringement of the '084 Patent, set for hearing September 5, 2019 at

---

[1] The only occurrence of this motion on the docket is as an attachment to an application to seal.  However, BlackBerry has proceeded to file an opposition to the motion as if properly filed and noticed for hearing for August 15, 2019.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1844-GW-PLAx | Date | July 26, 2019 |
| Title | *BlackBerry Limited v. Facebook, Inc. et al* | Page | 2 of 2 |

      8:30 am;
- Case No. 18-1844, Docket No. 247: BlackBerry's Motion for Partial Summary Judgment of Infringement of the '250, '173, and '120 Patents, set for hearing September 5, 2019 at 8:30 am.

For reasons of calendar management and judicial economy, the Court **MOVES** the hearing on each pending motion to the same date/time, September 5, 2019 at 8:30 am.

      The reply to the Motion for Leave to File a First Amended Complaint remains due on August 1, 2019. All oppositions to the summary judgment motions shall be due on August 8, 2019 and all replies to the summary judgment motions shall be due on August 15, 2019. The reply to Twitter's Motion to Dismiss the First Amended Complaint also remains due on August 15, 2019.