# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BLACKBERRY LIMITED, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 18-1844-GW-KSx |
| v. | |
| FACEBOOK, INC., et al., | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 08/09/2019 | 290 | Motion for a More Definite Statement |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Docket No. 290 is stricken for the reason stated in the Notice [296] filed on August 12, 2019.

Clerk, U.S. District Court

Dated: August 13, 2019     By: Javier Gonzalez
                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge