UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 18-1844-GW- (KSx)                                     Date: August 23, 2019

Title   *BlackBerry Limited v. Facebook, Inc. et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR-08/23/2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:
Jeffrey Nardinelli                                              Andrew LeGolvan
                                                                          Chad Peterman

**Proceedings: MINUTES OF TELEPHONIC CONFERENCE RE: AMENDED DISCOVERY ORDER**

Case called. Counsel state their appearances. The Court held a brief telephonic conference with counsel for Plaintiff and Defendants to confirm the changes made in the Court's Amended Order re: Telephonic Discovery Conferences ("Amended Order")  regarding Snap's Court's obligations to response to BlackBerry's Interrogatory No. 12. (Docket No. 341.)

The Court also clarified that, consistent with its discussions with the parties, BlackBerry's document production will include presentations to the Board of Directors that reflect information responsive to Defendants' requests for production concerning BlackBerry's financial condition, including any restructuring strategy.  The Court inadvertently failed to specify in the Order (Dkt. No. 336) and subsequent Amended Order (Dkt. No. 341) that the responsive board presentations must be produced as well as  Board Minutes.

Accordingly, the deadline for BlackBerry to produce the responsive Board presentations, if any,  is extended **to August 29, 2019,** solely for the purpose of affording BlackBerry time to identify and produce the responsive presentation materials.

Further, the following language in last sentence of the Amended Order is deleted: "regarding its damages contentions that provides the specificity required under *Brandywine* and *THX* and "computations" of its alleged dmages as required by Rule 26(a)". The last sentence of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 18-1844-GW- (KSx)                              Date: August 23, 2019

Title         *BlackBerry Limited v. Facebook, Inc. et al.*


the Amended Order is corrected to read: "Likewise, Snap must, **within seven (7) days** of the date of this Order, serve a supplemental response to BlackBerry's Interrogatory No. 12 providing a complete response as to any damages-related affirmative defenses for which Snap will have the burden of proof."

**IT IS SO ORDERED.**

                                                                                                : 13 mins
                                                               **Initials of Preparer**      gr