| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| HEIDI L. KEEFE (178960) | MICHAEL G. RHODES (116127) |
| (hkeefe@cooley.com) | (rhodesmg@cooley.com) |
| MARK R. WEINSTEIN (193043) | 101 California Street, 5th Floor |
| (mweinstein@cooley.com) | San Francisco, CA 94111-5800 |
| MATTHEW J. BRIGHAM (191428) | Telephone: (415) 693-2000 |
| (mbrigham@cooley.com) | Facsimile: (415) 693-2222 |
| 3175 Hanover Street | |
| Palo Alto, CA 94304-1130 | |
| Telephone: (650) 843-5000 | |
| Facsimile: (650) 849-7400 | |

Attorneys for Defendants
FACEBOOK, INC.,
WHATSAPP INC. and
INSTAGRAM, LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM LLC,<br><br>Defendants. | Case No. 2:18-cv-01844-GW-KS<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED TO *EX PARTE* APPLICATION FOR LEAVE TO FILE A SHORT SUR-REPLY BASED ON RECENT TESTIMONY BY THE SOLE NAMED INVENTOR OF THE '120 PATENT** |

Pursuant to Local Rule 79-5.2.2, Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC ("Facebook Defendants") respectfully submit this application to the Court for an order sealing the materials described below that are filed in connection with the Facebook Defendants' *ex parte* application for leave to file a short sur-reply based on the recent testimony of the sole named inventor of U.S. Patent No. 9,349,120 ("the '120 patent"). The Facebook Defendants' *ex parte* application seeks an order granting the Facebook Defendants leave to file a short sur-reply in support of its opposition to Plaintiff BlackBerry Limited's ("BlackBerry") motion for partial summary judgment of infringement of the '120 patent. This sealing application pertains to the following items:

- Chen Ex. A, which is the deposition transcript of Mr. Kalu Kalu; and
- Highlighted portions of the Facebook Defendants' [Proposed] Sur-Reply in Support of the Facebook Defendants' Opposition to Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 9,349,120 (highlighted portions of Chen Ex. B).

As set forth in the accompanying Declaration of Matthew J. Brigham in Support of the Facebook Defendants' Application to File Under Seal submitted herewith, the materials described above may contain confidential and/or private information designated as "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order. (Dkt. 99.)

For the foregoing reasons, the Facebook Defendants respectfully request that the Court enter the concurrently filed [Proposed] Order permitting the Facebook Defendants to file the above-referenced documents under seal.

Dated: August 26, 2019

COOLEY LLP

/s/ *Matthew J. Brigham*
Matthew J. Brigham (191428)

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC.,
and INSTAGRAM, LLC