COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendants*
*FACEBOOK, INC., WHATSAPP INC.,*
*and INSTAGRAM, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM LLC,<br><br>　　　　　Defendants.<br><br>―――――――――――――――<br><br>SNAP INC.,<br><br>　　　　　Defendant. | Case Nos.  2:18-cv-01844;<br>2:18-cv-02693 GW(KSx)<br><br>**FACEBOOK DEFENDANTS' NOTICE AND *EX PARTE* APPLICATION FOR LEAVE TO FILE A SHORT SUR-REPLY BASED ON RECENT TESTIMONY BY THE SOLE NAMED INVENTOR OF THE '120 PATENT**<br><br>The Hon. George H. Wu<br><br>MSJ Hearing Date:  Sept. 5, 2019<br>Time:  8:30 A.M.<br>Place:  Courtroom 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7-19 and this Court's procedures, Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC (collectively, "Facebook Defendants") hereby apply for an order granting the Facebook Defendants leave to file a short sur-reply in support of its opposition to Plaintiff BlackBerry Limited's ("BlackBerry") motion for partial summary judgment of infringement of U.S. Patent No. 9,349,120 ("the '120 patent").

After BlackBerry filed a motion for partial summary judgment of infringement of the '120 patent (Dkt. 247); after the Facebook Defendants filed an opposition to BlackBerry's motion for partial summary judgment (Dkt. 280); and one day after BlackBerry filed its reply brief (Dkt. 317), the parties took the deposition of Mr. Kalu Kalu, a third party and the sole named inventor on the '120 patent. (Chen Ex. A (deposition taken on August 16, 2019).) The Facebook Defendants respectfully seek leave to file a short sur-reply (Chen Ex. B) because the testimony of Mr. Kalu is relevant to two issues relating to the pending motion for partial summary judgment of infringement of the '120 patent.

This *ex parte* application is based on this notice and application, the memorandum of points and authorities, the declaration, exhibits, and proposed sur-reply, the attached proposed order, the pleadings, any matters presented prior to any hearing on the application and such other matters as the Court may deem appropriate in deciding this application.

Any opposition to this *ex parte* application must be filed not later than 24 hours after the filing of the application, pursuant to Judge Wu's procedures.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. RELIEF REQUESTED

The Facebook Defendants respectfully request leave to file the proposed sur-reply (Chen Ex. B), and the accompanying attorney declaration appending a copy of the deposition transcript of Mr. Kalu Kalu (Chen Ex. A), the sole named inventor of the '120 patent, which was taken after the briefing on BlackBerry's motion for partial summary judgment of infringement of the '120 patent.

Mr. Kalu's deposition was taken on August 16, 2019, after the Facebook Defendants filed the opposition to BlackBerry's motion for partial summary judgment of the '120 patent (Dkt. 280), and after BlackBerry filed its reply brief (Dkt. 317). The Facebook Defendants recently received the certified copy of Mr. Kalu's deposition transcript. The hearing on BlackBerry's motion for partial summary judgment of infringement of the '120 patent is currently scheduled for September 5, 2019.

## II. NOTICE TO OPPOSING PARTY (L.R. 7-19)

On August 23, the Facebook Defendants provided BlackBerry notice that the Facebook Defendants wished to file an application seeking leave of Court to file a sur-reply in support of the Facebook Defendants' opposition to BlackBerry's motion for partial summary judgment of infringement, based on the deposition of inventor Kalu Kalu, which occurred on August 16, after briefing on the motion was filed. (Chen Decl. ¶ 4.)

BlackBerry responded that it intends to oppose the application and, in the alternative, will seek to file a response to any sur-reply. (*Id*.)

On August 26, counsel for Facebook Defendants orally notified counsel for BlackBerry that the Facebook Defendants would be filing their application on August 26. (Chen Decl. ¶ 5.)

The names, addresses, telephone numbers, and e-mail addresses of counsel of record for the opposing party (BlackBerry) are shown below:

| | |
|---|---|
| James R Asperger<br>Quinn Emanuel Urquhart and Sullivan LLP<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017-2543<br>Phone: 213-443-3000<br>Fax: 213-443-3100<br>Email:<br>jimasperger@quinnemanuel.com;<br>qe-blackberry-messaging@quinnemanuel.com | Patrick Schmidt<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017-2543<br>Phone: 213-443-3000<br>Fax: 213-443-3001<br>Email:<br>patrickschmidt@quinnemanuel.com |
| Zachary Christian Flood<br>50 California Street 22nd Floor<br>San Francisco, CA 94111<br>Phone: 415-875-6600<br>Fax: 415-875-6700<br>Email:<br>zackflood@quinnemanuel.com | Jeffrey William Nardinelli<br>50 California Street 22nd Floor<br>San Francisco, CA 94111<br>Phone: 415-875-6600<br>Fax: 415-875-6700<br>Email:<br>jeffnardinelli@quinnemanuel.com |
| Jordan R Jaffe<br>50 California Street 22nd Floor<br>San Francisco, CA 94111<br>Phone: 415-875-6315<br>Fax: 415-875-6700<br>Email:<br>jordanjaffe@quinnemanuel.com | Kevin P B Johnson<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, CA 94065<br>Phone: 650-801-5000<br>Fax: 650-801-5100<br>Email:<br>kevinjohnson@quinnemanuel.com |
| Kristen Bird<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017-2543<br>Phone: 213-443-3237<br>Fax: 213-443-3100<br>Email:<br>kristenbird@quinnemanuel.com | Miles D Freeman<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017<br>Phone: 213-443-3000<br>Fax: 213-443-3100<br>Email:<br>milesfreeman@quinnemanuel.com |

| | |
|---|---|
| Scott Watson<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017<br>Phone: 213-443-3203<br>Fax: 213-443-3100<br>Email:<br>scottwatson@quinnemanuel.com | Pushkal Mishra<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017<br>Phone: 213-443-3000<br>Fax: 213-443-3100<br>Email:<br>pushkalmishra@quinnemanuel.com |
| Ray Zado<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, CA 94065<br>Phone: 650-801-5000<br>Fax: 650-801-5100<br>Email:<br>rayzado@quinnemanuel.com | Dawn David<br>60 East South Temple Suite 500<br>Salt Lake City, UT 84111<br>Phone 801-515-7303<br>Fax: 801-515-7400<br>Email:<br>dawndavid@quinnemanuel.com |
| Iman Lordgooei<br>50 California Street 22nd Floor<br>San Francisco, CA 94111<br>Phone: 415-875-6600<br>Fax: 415-875-6700<br>Email:<br>imanlordgooei@quinnemanuel.com | Edward R. McGah , Jr.<br>Blackberry Corporation<br>41 Ticknor Place<br>Laguna Niguel, CA 92677<br>Phone: 650-581-4750<br>Fax: 925-424-5661<br>Email: emcgah@blackberry.com |

The aforementioned BlackBerry attorneys appear to be signed up for ECF notices. The Facebook Defendants will also serve BlackBerry's counsel of record with a copy of this *ex parte* application.

### III. APPLICATION FOR LEAVE TO FILE SUR-REPLY

The Facebook Defendants respectfully seek leave to file the proposed sur-reply (Chen Ex. B) because the testimony of the sole named inventor of the '120 patent, Mr. Kalu Kalu (Chen Ex. A), which was not available at the time the opposition brief was filed, is relevant to two issues relating to the pending motion for partial summary judgment of infringement of the '120 patent. *E.g., HTC Corp. v. Acacia Research Corp.*, No. 15-00378, 2015 WL 9915938, at *5, n.2 (C.D. Cal. Sept. 10, 2015) (granting *ex parte* application to file a sur-reply and stating the proposed sur-reply was

"deemed filed").[1]  The two issues are discussed in the proposed sur-reply. (Chen Ex. B at 1-4.)  The Facebook Defendants do not believe any further sur-response is necessary or appropriate.[2]

## IV. CONCLUSION

For the reasons stated herein, the Facebook Defendants request that the Court grant leave to file the proposed sur-reply (Chen Ex. B), and the accompanying attorney declaration attaching the deposition testimony of Mr. Kalu Kalu (Chen Ex. A).

---

[1] BlackBerry filed its motion for partial summary judgment of infringement before the parties deposed Mr. Kalu.  Specifically, the Facebook Defendants requested issuance of a letter rogatory for Mr. Kalu Kalu in April 2019 (Dkt. 164-17), based on the Canadian address listed in BlackBerry's initial disclosures.  The Court granted the Facebook Defendants' request in May 2019. (Dkt. 198.)  The Ontario Superior Court of Justice in Canada entered an order granting the Facebook Defendants' request to enforce the letter rogatory in July 2019.  Counsel for Mr. Kalu then informed the Facebook Defendants that Mr. Kalu moved to the United States.  The Facebook Defendants promptly served Mr. Kalu with a subpoena.  Mr. Kalu's counsel informed the Facebook Defendants that Mr. Kalu was available for deposition on August 16.  BlackBerry stated August 16 worked, so the parties proceeded with the deposition of Mr. Kalu on August 16.

[2] The full transcript of Mr. Kalu's testimony is attached at Chen Ex. A (index omitted).  The Facebook Defendants note that the day before the deposition, BlackBerry's counsel spent "about an hour" talking to Mr. Kalu (*e.g.*, Kalu Depo. 17:2-18; 19:7-20:19, Chen Ex. A), and much of the testimony cited in the Facebook Defendants' proposed sur-reply was elicited by BlackBerry's counsel during a leading re-direct.

| | | |
|---|---|---|
| 1 | Dated:  August 26, 2019 | RESPECTFULLY SUBMITTED, |
| 2 | | |
| 3 | | */s/ Heidi L. Keefe* |
| 4 | | |
| 5 | | COOLEY LLP<br>HEIDI L. KEEFE (178960) |
| 6 | | (hkeefe@cooley.com) |
| 7 | | MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com) |
| 8 | | MATTHEW J. BRIGHAM (191428) |
| 9 | | (mbrigham@cooley.com)<br>3175 Hanover Street |
| 10 | | Palo Alto, CA  94304-1130 |
| 11 | | Telephone: (650) 843-5000<br>Facsimile:  (650) 849-7400 |
| 12 | | |
| 13 | | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 14 | | (rhodesmg@cooley.com) |
| 15 | | 101 California Street, 5th Floor<br>San Francisco, CA  94111-5800 |
| 16 | | Telephone: (415) 693-2000 |
| 17 | | Facsimile:  (415) 693-2222 |
| 18 | | Attorneys for Defendants |
| 19 | | FACEBOOK, INC., WHATSAPP INC.,<br>and INSTAGRAM, LLC |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |