| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:   (415) 693-2000<br>Facsimile:   (415) 693-2222 |

*Attorneys for Defendants*
*FACEBOOK, INC., WHATSAPP INC.,*
*and INSTAGRAM, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>   Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM LLC,<br><br>   Defendants.<br><br>———————————————<br>SNAP INC.,<br><br>   Defendant. | Case Nos.  2:18-cv-01844;<br>2:18-cv-02693 GW(KSx)<br><br>**DECLARATION OF DENA CHEN IN SUPPORT OF *EX PARTE* APPLICATION AND PROPOSED SUR-REPLY OF FACEBOOK DEFENDANTS' IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF U.S. PATENT NO. 9,349,120**<br><br>MSJ Hearing Date:  Sept. 5, 2019<br>Time:  8:30 A.M.<br>Place:  Courtroom 9D<br><br>Assigned to the Hon. George H. Wu |

I, Dena Chen, declare:

1. I am an attorney with Cooley LLP, and counsel of record in this action for Defendants Facebook, Inc., WhatsApp Inc., and Instagram LLC, (collectively, "Facebook Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to those facts under oath.

2. Attached as **Exhibit A** is a true and correct copy of the deposition transcript of Kalu Onuka Kalu, dated August 16, 2019 (index omitted).

3. Attached as **Exhibit B** is the Facebook Defendants' proposed sur-reply.

4. On August 23, counsel for the Facebook Defendants notified counsel for BlackBerry that the Facebook Defendants wished to file an application seeking leave to file a sur-reply in support of the Facebook Defendants' opposition to BlackBerry's motion for partial summary judgment of infringement, based on the deposition of inventor Mr. Kalu Kalu. BlackBerry responded that it intends to oppose the application and, in the alternative, will seek to file a response to any sur-reply.

5. On August 26, counsel for the Facebook Defendants orally spoke to and notified counsel for BlackBerry that the Facebook Defendants would be filing their application on August 26.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2019, in Palo Alto, California.

*/s/ Dena Chen*
Dena Chen