1
2
3
4
5
6      UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA
7
8   BLACKBERRY LIMITED,                Case Nos. 2:18-cv-01844;
                                       2:18-cv-02693 GW(KSx)
9              Plaintiff,
10      v.
                                       **[PROPOSED] ORDER GRANTING
11  FACEBOOK, INC., WHATSAPP INC.,     FACEBOOK DEFENDANTS'
    and INSTAGRAM LLC,                 *EX PARTE* APPLICATION FOR
12                                     LEAVE TO FILE A
               Defendants.             SHORT SUR-REPLY BASED ON
13                                     RECENT TESTIMONY BY THE
                                       SOLE NAMED INVENTOR OF
14  _____    THE '120 PATENT**
15  SNAP INC.,
16             Defendant.
17
18
...
28

Now pending is the *ex parte* application by Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC (collectively, the "Facebook Defendants") for leave to file a short sur-reply in support of its opposition to Plaintiff BlackBerry Limited's ("BlackBerry") motion for partial summary judgment of infringement of U.S. Patent No. 9,349,120 ("the '120 patent"), based on the recent testimony of the sole named inventor of the '120 patent. Having considered the parties' papers, and all other matters presented to the Court, and for good cause shown, IT IS HEREBY ORDERED:

The Facebook Defendants' application is **GRANTED**. The proposed sur-reply (Chen Ex. B) and the attorney declaration attaching the deposition transcript of Mr. Kalu Kalu (Chen Ex. A) are **DEEMED FILED**.

**IT IS SO ORDERED.**

Dated: _____

Hon. George H. Wu
United States District Judge