UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 18-1844-GW-KSx                                      Date: August 27, 2019

Title   _BlackBerry Limited v. Facebook, Inc. et al._

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR 08/27/2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Iman Lordgoopi | Matthew Brigham |
| Zachary Flood | Crea |

**Proceedings:   MINUTES OF TELEPHONIC CONFERENCE RE:  DISCOVERY DISPUTE AND ORDER EXTENDING DISCOVERY CUT-OFF & SETTING BRIEFING SCHEDULE**

　　Case called. Counsel state their appearances.  The Court held a telephonic conference with counsel for Plaintiff Blackberry Limited ("BlackBerry') and Defendant Facebook, Inc. ("Facebook") regarding a discovery dispute about the adequacy of Facebook's discovery responses regarding its alleged use of the accused features under U.S. Patent No.7,372,961 (the "'961 Patent").  The Court notes that due to the current discovery cut-off date of August 30, 2019, there is not sufficient time for the Court to resolve these discovery issues.  The Court indicated that the parties would need to seek an extension of the discovery cut-off from presiding district judge, the Hon. George H. Wu.

　　The Magistrate Judge has since conferred with Judge Wu and is authorized to extend the discovery cut-off by thirty (30) days—to September 30, 2019--in order to allow for briefing on a discovery motion by BlackBerry regarding the adequacy of Facebook's production of documents and responses to BlackBerry's interrogatories Nos. 5 and 8, which seek discovery regarding

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 18-1844-GW-KSx                                              Date: August 27, 2019

Title        *BlackBerry Limited v. Facebook, Inc. et al.*


Facebook's alleged use of the accused features under the '961 Patent, including the use of the accused cryptographic key generation features of the '961 Patent.[1]

**IT IS HEREBY ORDERED THAT the following expedited briefing schedule will govern the motion:** BlackBerry will file an opening brief **no later than September 3, 2019**; an opposition brief will be filed on or before September 10, 2019; and any reply brief will be filed on or before September 13, 2019.  The parties are relieved of their obligations under Local Rule 37-2.

   A hearing on the motion is scheduled for **Tuesday, September 17, 2019** at 1 p.m. in Courtroom 580 of the Roybal Federal Building.  This Order <u>does not</u> authorize or contemplate any other discovery by the parties after August 30, 2019.

**IT IS SO ORDERED**.


Cc: Hon. George H. Wu

|  | : 19 mins |
|---|---|
| **Initials of Preparer** | gr |

---

[1]   At the telephonic conference, the parties also raised a dispute concerning the scope of BlackBerry's infringement contentions relating to the '961 Patent.  The Court, noted, however, that the resolution of this substantive issue regarding the scope of BlackBerry's infringement contentions is not properly before the Magistrate Judge as a discovery issue.