# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BlackBerry Limited, Plaintiff(s) <br> v. <br> Facebook, Inc. et al., Defendant(s) | CASE NUMBER: <br> CV 18-1844-GW-(KSx) <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge KAREN L. STEVENSON. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The telephonic discovery conference is scheduled for August 30, 2019 at 13:00 a.m. The call-in information has been provided to the participating parties by email.

Dated: August 28, 2019                        By: G. Roberson
                                                  Deputy Clerk