UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 18-1844-GW-KSx** <br> CV 18-2693-GW-KSx | Date | September 5, 2019 |
|---|---|---|---|
| Title | *BlackBerry Limited v. Facebook, Inc. et al* <br> *BlackBerry Limited v. Snap Inc.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

James R. Asperger
Jordan R. Jaffe
Edward R. McGah, Jr.
Pushkal Mishra
Jeffrey W. Nardinelli
Patrick Schmidt

Attorneys Present for Defendants:

Heidi L. Keefe - Facebook
Matthew J. Brigham
Nikko Vo
Yar R. Chaikovsky - Snap, Inc.
David Beckwith
Chad J Peterman
David T. Okano

**PROCEEDINGS:**   DEFENDANTS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 (U.S. PATENT NOS. 8,296,351, 8,676,929, AND 9,349,120) [239]

DEFENDANT SNAP, INC.'S MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER AND COUNTERCLAIMS TO BLACKBERRY LIMITED'S COMPLAINT [242]

BLACKBERRY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF U.S. PATENT NO. 8,825,084 [244]

BLACKBERRY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NOS. 8,677,250, 8,279,173, AND 9,349,120 [247]

FACEBOOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101
(U.S. PATENT NO. 8,279,173) [267]

DEFENDANT SNAP INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER SECTION 101 OF U.S. PATENT NOS. 8,825,084 AND 8,326,327 [272]

|  | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JG | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 18-1844-GW-KSx**<br>CV 18-2693-GW-KSx | Date | September 5, 2019 |
|---|---|---|---|
| Title | *BlackBerry Limited v. Facebook, Inc. et al*<br>*BlackBerry Limited v. Snap Inc.* | | |

The Court's Tentative Ruling is circulated. Court hears oral argument. For reasons stated on the record, the Motions are TAKEN UNDER SUBMISSION. Court to issue ruling.

As the Court stated in the Tentative Ruling, Plaintiff has also filed a Motion for a More Definite Statement (Docket No. 299), which is set for hearing on September 12, 2019. The motion requests more specificity in Defendants' invalidity contentions. Given the determinations made in the Tentative Ruling, the parties should state their positions in a 10-page Joint Report filed by Monday, September 9, 2019 at 12:00 pm as to whether, assuming the determinations made in the Tentative Ruling are adopted, any portions of the parties' dispute are now moot and what, if anything, remains for the Court to resolve.

As also stated in the Tentative Ruling, the Court reminds the parties that, given the many vacancies on this court, judicial resources in the Central District of California are stretched thin; and this is not the Court's only case. For purposes of preserving party and judicial resources in this case, the Court hereby ORDERS as follows:

- Not including motions *in limine*,[1] BlackBerry may not file more than *75 pages total* in additional memoranda in support of motions noticed in this case (whether before the Magistrate Judge or this Court) and Defendants Facebook and Snap may each not file more than *50 pages total* in additional memoranda in support of motions in this case (whether before the Magistrate Judge or this Court).

- Each memorandum in opposition to a motion may be no longer than the other side's opening motion memorandum itself.

---

[1] The parties have previously indicated that *Daubert* issues would be resolved prior to the pre-trial conference.

|  | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | JG | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-1844-GW-KSx<br>CV 18-2693-GW-KSx | Date | September 5, 2019 |
|---|---|---|---|
| Title | *BlackBerry Limited v. Facebook, Inc. et al*<br>*BlackBerry Limited v. Snap Inc.* | | |

- Each reply in support of a motion may be no longer than half of the pages of the opening motion memorandum itself.

- The parties are separately limited to seven motions *in limine* each, with each motion *in limine* and opposition each not to exceed seven pages.

|  | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | JG | | |