UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 18-1844-GW-KSx                                   Date: September 12, 2019

Title      _BlackBerry Limited v. Snap, Inc_

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  | XTR 09/12/2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Jeffrey Nardinelli                               Andrew Legolvan
Scott Watson                                     Chad Peterman

**Proceedings:  MINUTES OF TELEPHONIC CONFERENCE RE:  DISCOVERY DISPUTES**

Case called.  Counsel state their appearances.  The Court held a telephonic conference with counsel for Plaintiff and counsel for Defendant Snap Inc. regarding three discovery issues that District Judge George H. Wu has referred for the Magistrate Judge's consideration:

(1) How the Magistrate Judge's ruling (as amended on August 22, 2019) regarding the adequacy of Blackberry's Initial Disclosures and interrogatory response(s) regarding its damages disclosures should be interpreted (Dkt. 341);
(2) Whether BlackBerry has complied with the Magistrate Judge's ruling; and
(3) What, if any, sanctions are appropriate if BlackBerry did indeed fail to compel with the Magistrate Judge's ruling.[1]

After further discussion and hearing the statements and arguments of Counsel, the Court finds that BlackBerry has not complied with the Magistrate Judge's August 22, 2019 ruling as to the damages disclosures.

---

[1]  On September 3, 2019, Judge Wu affirmed the Magistrate Judge's non-dispositive ruling on this and other related discovery disputes.  (Dkt. No. 415.)

---

CV-90 (03/15)                        Civil Minutes – General                        Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 18-1844-GW-KSx                                         Date: September 12, 2019

Title       _BlackBerry Limited v. Snap, Inc_

Accordingly, the Court issues an Order to Show Cause as to why Plaintiff BlackBerry should not be sanctioned for failure to comply with the Magistrate Judge's Order of August 22, 2019.  Plaintiff may discharge the Order to Show Cause by serving, **on or before September 26, 2019**, a supplemental Initial Disclosure and interrogatory response(s) that provides the "computation" required under Rule 26(a) based on information currently available to BlackBerry—even if estimated or arrived at by using hypothetical assumptions—for any alleged damages based on a "reasonable royalty" analysis.  Defendant is directed to immediately review Plaintiff's supplemental disclosure and interrogatory response(s) and file any objection to the adequacy of the supplemental disclosure **no later than Monday, September 30, 2019**.

**BlackBerry is warned that failure to provide the damages disclosures, including the "computation" outlined above, as plainly required by Rule 26(a) and relevant case law, will result in an order for briefing on a motion for sanctions.**

Blackberry raised an issue regarding the adequacy of Snap's document production.  Discovery is now closed and this issue was not properly raised before the Court in compliance with the Court's pre-motion procedures.  Accordingly, parties are to meet and confer no later than Tuesday, September 17, 2019 regarding the dispute concerning Snap's document production.  Following the meet and confer, the parties may submit a joint email statement the Court to schedule a telephonic conference.  The Court expressly declines to recommend any extension of the fact discovery cut-off at this time.

**IT IS SO ORDERED**.

|  | : 41 mins |
|---|---|
| **Initials of Preparer** | gr |