IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>Defendants,<br><br>SNAP INC., a Delaware corporation<br><br>Defendant. | Case No. CV 18-1844-GW-KSx<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**ORDER EXTENDING TIME FOR CERTAIN OF THE PARTIES' FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS** |

Having considered the Joint Stipulation of the parties, IT IS HEREBY ORDERED THAT that (i) the deadline for Plaintiff's final infringement contentions for the '351, '929, '084, and '327 Patents is extended to September 20, 2019; (ii) the deadline for the Facebook Defendants' final invalidity contentions for the '351 and '929 Patents is extended to September 27, 2019; and (iii) the deadline for Snap's final invalidity contentions for the '351, '929, '084, and '327 Patents is extended to September 27, 2019.

**IT IS SO ORDERED.**

Dated: September 17, 2019

_____
GEORGE H. WU, U.S. District Judge