UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 18-1844-GW-KSx                          Date: September 17, 2019

Title       *BlackBerry Limited v. Facebook, Inc. et al.*

Present:  The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  |  |
|---|---|
| Gay Roberson | CS 09/17/2019 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Iman Lordgooei | Matthew Brigham |
|  | Priya Viswanath |

**Proceedings:   MINUTES OF HEARING RE: PLAINTIFF'S MOTION TO COMPEL
RE: INADEQUACY OF FACEBOOK'S DOCUMENT PRODUCTION
AND RESPONSES TO INTERRGATORIES 5 & 8 REGARDING
ASSERTED U.S. PATENT NO. 7,372,961 (DKT. 387-1 [UNDER SEAL])**

     Case called. Counsel state their appearances.  The Court hears oral argument.  After further
discussion with counsel, the Court takes the matter under submission.  An Order will issue.

**IT IS SO ORDERED**.

                                                                            : 37 mins
                                                **Initials of Preparer**      gr