1  COUNSEL LISTED
   IN SIGNATURE BLOCK
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SNAP INC., a Delaware corporation<br><br>　　　　　Defendant. | Case No. 2:18-cv-01844-GW-KS<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**JOINT STIPULATION BETWEEN PLAINTIFF BLACKBERRY LIMITED AND DEFENDANT SNAP INC. TO MODIFY SCHEDULING ORDER** |

Plaintiff BlackBerry Limited ("BlackBerry") and Defendant Snap Inc. ("Snap") submit the following stipulation and request that the Court modify the scheduling order (Dkt. 233) for Case No. 2:18-cv-02693 as set forth below. The current scheduling order for Case No. 2:18-cv-01844 between BlackBerry and the Facebook Defendants would remain unchanged by this stipulation.

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Deadline for BlackBerry to provide infringement contentions for the '351, '929, '084, and '327 Patents | Friday, September 20, 2019 | Friday, October 18, 2019 |
| Deadline for Snap to provide invalidity contentions for the '351, '929, '084, and '327 Patents | Friday, September 27, 2019 | Friday, October 25, 2019 |
| Opening Expert Reports | Friday, September 27, 2019 | Tuesday, November 12, 2019 |
| Rebuttal Expert Reports | Friday, October 23, 2019 | Tuesday, December 10, 2019 |
| Expert Discovery Complete | Friday, November 8, 2019 | Friday, December 20, 2019 |
| Summary Judgment and Daubert Opening Brief | Wednesday, November 20, 2019 | Thursday, January 9, 2020 |
| Summary Judgment and Daubert Opposition Brief | Friday, December 13, 2019 | Thursday, February 6, 2020 |
| Summary Judgment and Daubert Reply Brief | Friday, December 20, 2019 | Thursday, February 20, 2020 |
| Summary Judgment and Daubert Hearing | Monday, January 13, 2020 | Thursday, March 19, 2020 |
| Pre-trial Conference (Snap) | Thursday, March 5, 2020 | Monday, June 8, 2020 |
| Trial (Snap) | Tuesday, March 17, 2020 | Monday, June 15, 2020 |

| | | |
|---|---|---|
| DATED: September 20, 2019 | | Respectfully submitted, |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | */s/ James R. Asperger* |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | James R. Asperger (Bar No. 83188) |
| | | jamesasperger@quinnemanuel.com |
| | | 865 S. Figueroa St., 10th Floor |
| | | Los Angeles, CA 90017 |
| | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| | | |
| | | Kevin P.B. Johnson (Bar No. 177129) |
| | | kevinjohnson@quinnemanuel.com |
| | | Victoria F. Maroulis (Bar No. 202603) |
| | | victoriamaroulis@quinnemanuel.com |
| | | 555 Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 801-5000 |
| | | Facsimile: (650) 801-5100 |
| | | |
| | | BLACKBERRY CORPORATION |
| | | Edward R. McGah, Jr (SBN 97719) |
| | | Vice President, Deputy General Counsel |
| | | 41 Ticknor Place |
| | | Laguna Niguel, California 92677 |
| | | Telephone: (+1) 650-581-4750 |
| | | |
| | | *Attorneys for BlackBerry Limited* |

Dated:  September 20, 2019

By /s/ *Chad J. Peterman*

PAUL HASTINGS LLP
YAR R. CHAIKOVSKY  (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU  (SB# 259896)
philipou@paulhastings.com
ANTHONY J. TARTAGLIO  (SB# 280286)
anthonytartaglio@paulhastings.com
1117 S. California Avenue
Palo Alto, California  94304
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

CHAD J. PETERMAN  (*Pro Hac Vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 319-6000
Facsimile: (212) 319-4090

THOMAS ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 996-3146

Attorneys for Defendant
Snap Inc.

**FILER'S ATTESTATION**

I, James Asperger, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By */s/ James Asperger*