COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>              Defendants, | Case No. 2:18-cv-01844-GW-KS<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**JOINT REQUEST BY PLAINTIFF BLACKBERRY LIMITED AND DEFENDANTS FACEBOOK, INC., WHATSAPP INC., AND INSTAGRAM, LLC TO MODIFY SCHEDULING ORDER** |

Plaintiff BlackBerry Limited ("BlackBerry") and Defendants Facebook, Inc., WhatsApp Inc., and Instagram LLC (together, the "Facebook Defendants") submit the following request that the Court modify the scheduling order (Dkts. 233, 451) for Case No. 2:18-cv-01844 as set forth below.  <u>The proposed modifications do not impact the current Pre-Trial Conference or Trial dates relating to the Facebook Defendants.</u>  The case schedule for Case No. 2:18-cv-02693 between BlackBerry and Defendant Snap Inc. is the subject of a separate stipulation (Dkt. 456).

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Deadline for Facebook to provide invalidity contentions for the '351 and '929 Patents** | Friday, September 27, 2019 | Friday, October 4, 2019 |
| **Opening Expert Reports** | Friday, September 27, 2019 | Monday, October 21, 2019 |
| **Rebuttal Expert Reports** | Friday, October 25, 2019 | Monday, November 18, 2019 |
| **Mediation Deadline** | Monday, October 28, 2019 | Monday, November 11, 2019 |
| **Post-Mediation Status Conference** | Thursday, October 31, 2019 at 8:30 a.m. | Thursday, November 14, 2019 |
| **Expert Discovery Complete** | Friday, November 8, 2019 | Friday, December 20, 2019 |
| **Summary Judgment and Daubert Opening Brief** | Wednesday, November 20, 2019 | Tuesday, January 7, 2019 |
| **Summary Judgment and Daubert Opposition Brief** | Friday, December 13, 2019 | Monday, January 27, 2020 |
| **Summary Judgment and Daubert Reply Brief** | Friday, December 20, 2019 | Thursday, February 6, 2020 |
| **Summary Judgment and Daubert Hearing** | Monday, January 13, 2020 | Thursday, February 20, 2020 |

| | | |
|---|---|---|
| **Pre-trial Conference (Facebook)** | Thursday, April 2, 2020 | No change |
| **Trial (Facebook)** | Monday, April 13, 2020 | No change |

| | |
|---|---|
| DATED: September 25, 2019 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By   */s/ James R. Asperger* |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | James R. Asperger (Bar No. 83188) |
| | jamesasperger@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| | |
| | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| | |
| | BLACKBERRY CORPORATION |
| | Edward R. McGah, Jr (SBN 97719) |
| | Vice President, Deputy General Counsel |
| | 41 Ticknor Place |
| | Laguna Niguel, California 92677 |
| | Telephone: (+1) 650-581-4750 |
| | |
| | *Attorneys for BlackBerry Limited* |

| | | |
|---|---|---|
| 1 | Dated: September 25, 2019 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Matthew J. Brigham* |
| 4 | | Matthew J. Brigham (191428) |
| 5 | | |
| 6 | | COOLEY LLP<br>HEIDI L. KEEFE (178960) |
| 7 | | (hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043) |
| 8 | | (mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428) |
| 9 | | (mbrigham@cooley.com) |
| 10 | | LOWELL D. MEAD (223989)<br>(lmead@cooley.com) |
| 11 | | 3175 Hanover Street |
| 12 | | Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000 |
| 13 | | Facsimile: (650) 849-7400 |
| 14 | | |
| 15 | | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 16 | | (rhodesmg@cooley.com) |
| 17 | | 101 California Street<br>5th Floor |
| 18 | | San Francisco, CA 94111-5800 |
| 19 | | Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |
| 20 | | |
| 21 | | Attorneys for Defendants |
| 22 | | FACEBOOK, INC., WHATSAPP INC.,<br>INSTAGRAM, INC., and INSTAGRAM, |
| 23 | | LLC |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

I, James Asperger, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report.  Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By  */s/ James Asperger*