IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>    Defendants, | Case No. 2:18-cv-01844-GW-KS<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER BETWEEN PLAINTIFF BLACKBERRY LIMITED AND DEFENDANTS FACEBOOK, INC., WHATSAPP INC., AND INSTAGRAM, LLC** |

Having considered the joint request of the parties, IT IS HEREBY ORDERED THAT that the current scheduling order (Dkt. 233, 451) as between Plaintiff BlackBerry Limited and the Facebook Defendants be modified as follows:

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Deadline for Facebook to provide invalidity contentions for the '351 and '929 Patents** | Friday, September 27, 2019 | Friday, October 4, 2019 |

-1-

Case No. 2:18-cv-01844 GW(KSx)
Case No. 2:18-cv-02693 GW(KSx)
[PROPOSED] ORDER REGARDING REQUEST TO MODIFY SCHEDULING ORDER

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Opening Expert Reports** | Friday, September 27, 2019 | Monday, October 21, 2019 |
| **Rebuttal Expert Reports** | Friday, October 25, 2019 | Monday, November 18, 2019 |
| **Mediation Deadline** | Monday, October 28, 2019 | Monday, November 11, 2019 |
| **Post-Mediation Status Conference** | Thursday, October 31, 2019 at 8:30 a.m. | Thursday, November 14, 2019 |
| **Expert Discovery Complete** | Friday, November 8, 2019 | Friday, December 20, 2019 |
| **Summary Judgment and Daubert Opening Brief** | Wednesday, November 20, 2019 | Tuesday, January 7, 2019 |
| **Summary Judgment and Daubert Opposition Brief** | Friday, December 13, 2019 | Monday, January 27, 2020 |
| **Summary Judgment and Daubert Reply Brief** | Friday, December 20, 2019 | Thursday, February 6, 2020 |
| **Summary Judgment and Daubert Hearing** | Monday, January 13, 2020 | Thursday, February 20, 2020 |
| **Pre-trial Conference (Facebook)** | Thursday, April 2, 2020 | No change |
| **Trial (Facebook)** | Monday, April 13, 2020 | No change |

**IT IS SO ORDERED.**

Dated: _____

GEORGE H. WU, U.S. District Judge