PAUL HASTINGS LLP
Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB# 278485)
davidokano@paulhastings.com
1117 S. California Ave.
Palo Alto, CA 94304
Phone:  (650) 320-1800
Fax:  (650) 320-1900

Thomas Zaccaro  (SB# 183241)
thomaszaccaro@paulhastings.com
515 S. Flower St., Floor 25
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 996-3146

Chad J. Peterman (*pro hac vice*)
chadpeterman@paulhastings.com
200 Park Avenue
New York, NY  10166
Phone:  (212) 318-6000
Fax:  (212) 319-4090

Attorneys for Snap Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>　　　　　　　Defendants,<br><br>SNAP INC., a Delaware corporation<br><br>　　　　　　　Defendant. | CASE NO. 2:18-cv-01844 GW(KSx)<br>CASE NO. 2:18-cv-02693 GW(KSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SNAP INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED TO OBJECTIONS TO BLACKBERRY'S SUPPLEMENTAL DAMAGES DISCLOSURE AND INTERROGATORY RESPONSE** |

Having considered the papers, the Court GRANTS Defendant Snap Inc.'s ("Snap's") Application for Leave to File Under Seal Documents Related to Snap's Objections to BlackBerry's Supplemental Damages Disclosure and Interrogatory Response ("Objections"), and the following documents are hereby SEALED:

| DOCUMENT | PAGES TO BE SEALED |
|---|---|
| Snap's Objections | Identified portions of pages 1 to 3 |
| Exhibit A to Snap's Objections | Entire Document |

IT IS SO ORDERED.

DATED: October 3, 2019        By: _____
                                                            Karen L. Stevenson
                                                            United States Magistrate Judge