1  COUNSEL LISTED
2  IN SIGNATURE BLOCK

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  BLACKBERRY LIMITED,                   )
                                         )
12              Plaintiffs,              )    CASE NO. 2:18-cv-01844
                                         )    GW(KSx)
13        v.                             )
                                         )    CASE NO. 2:18-cv-02693
14  FACEBOOK, INC.,                      )    GW(KSx)
    WHATSAPP INC., and                   )
15  INSTAGRAM, LLC,                      )
                                         )    **JOINT REPORT REGARDING**
16              Defendants,              )    **CONFIDENTIALITY OF**
                                         )    **FINAL RULINGS ON**
17  SNAP INC.,                           )    **SUMMARY JUDGMENT**
                                         )    **MOTIONS (DKT. 468)**
18                                       )
                Defendant.              )
19                                       )

20

21

22

23

24

25

26

27

28

1    The Court's Final MSJ Rulings (Dkt. 468) asked the parties to file a joint report
2  regarding confidentiality of the information referenced in the Order.

3    Plaintiff BlackBerry Limited ("BlackBerry") does not request that any part of
4  the Court's Final MSJ Rulings be filed under seal.  The highlighted portions at page
5  16 and at pages 22-23 do not need to be redacted and filed under seal.

6    The Facebook Defendants respectfully request that the portion highlighted in
7  blue on page 49 of the Final MSJ Rulings be filed under seal, because it contains
8  confidential information regarding the design and operation of Facebook's products.
9  The portions highlighted on pages 46 and 47 do not need to be redacted and
10 filed under seal.

11   Subject to the Facebook Defendants' request, Snap Inc. ("Snap") does not
12 request any part of the Court's Final MSJ Rulings to be or remain redacted and filed
13 under seal.  For the patents asserted only against Snap, this means the portions of the
14 Final MSJ Rulings that are currently highlighted in blue on page 40 do not need to be
15 redacted and filed under seal.

16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:18-cv-01844 GW(KSx)
Case No. 2:18-cv-02693 GW(KSx)
JOINT REPORT RE CONFIDENTIALITY OF DKT. 468

1  DATED:  October 4, 2019          Respectfully Submitted,

2

3                                   By  */s/ James R. Asperger*

4                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
5                                         James R. Asperger (Bar No. 83188)
                                          jamesasperger@quinnemanuel.com
6                                         865 S. Figueroa St., 10th Floor
                                          Los Angeles, CA 90017
7                                         Telephone: (213) 443-3000
                                          Facsimile: (213) 443-3100
8

9                                         Kevin P.B. Johnson (Bar No. 177129)
                                          kevinjohnson@quinnemanuel.com
10                                        Victoria F. Maroulis (Bar No. 202603)
                                          victoriamaroulis@quinnemanuel.com
11                                        555 Twin Dolphin Drive, 5th Floor
                                          Redwood Shores, CA 94065
12                                        Telephone: (650) 801-5000
                                          Facsimile: (650) 801-5100
13

14                                     BLACKBERRY CORPORATION
                                          Edward R. McGah, Jr (SBN 97719)
15                                        Vice President, Deputy General Counsel
                                          41 Ticknor Place
16                                        Laguna Niguel, California 92677
                                          Telephone: (+1) 650-581-4750
17                                     James R. Asperger (Bar No. 83188)
                                       jamesasperger@quinnemanuel.com
18                                     865 S. Figueroa St., 10th Floor
                                       Los Angeles, CA 90017
19                                     Telephone: (213) 443-3000
                                       Facsimile: (213) 443-3100
20

21

22                                     Attorneys for BlackBerry Limited

23

24

25

26

27

28

1    Dated:  October 4, 2019              COOLEY LLP

2

3                                          */s/ Matthew J. Brigham*

4                                         Matthew J. Brigham (191428)

5                                         COOLEY LLP

6                                         HEIDI L. KEEFE (178960)
                                          (hkeefe@cooley.com)
7                                         MARK R. WEINSTEIN (193043)
                                          (mweinstein@cooley.com)
8                                         MATTHEW J. BRIGHAM (191428)
                                          (mbrigham@cooley.com)
9
                                          3175 Hanover Street
10                                        Palo Alto, CA  94304-1130
                                          Telephone: (650) 843-5000
11                                        Facsimile:  (650) 849-7400
12

13                                        COOLEY LLP
                                          MICHAEL G. RHODES (116127)
14                                        (rhodesmg@cooley.com)
15                                        101 California Street, 5th Floor
                                          San Francisco, CA  94111-5800
16                                        Telephone: (415) 693-2000
                                          Facsimile:  (415) 693-2222
17

18                                        Attorneys for Defendants
19                                        FACEBOOK, INC., WHATSAPP INC.,
                                          and INSTAGRAM, LLC
20

21

22

23

24

25

26

27

28

                                                           Case No. 2:18-cv-01844 GW(KSx)
                            -4-                            Case No. 2:18-cv-02693 GW(KSx)
                                          JOINT REPORT RE CONFIDENTIALITY OF DKT. 468

1
2 Dated:  October 4, 2019
3
4                                   By  /s/ Chad J. Peterman
5
                                      PAUL HASTINGS LLP
6                                     YAR R. CHAIKOVSKY  (SB# 175421)
                                      yarchaikovsky@paulhastings.com
7                                     PHILIP OU  (SB# 259896)
                                      philipou@paulhastings.com
8                                     DAVID OKANO (SB# 278485)
9                                     davidokano@paulhastings.com
                                      1117 S. California Avenue
10                                    Palo Alto, California  94304
                                      Telephone:  1(650) 320-1800
11                                    Facsimile:  1(650) 320-1900
12
13                                    CHAD J. PETERMAN  (*Pro Hac Vice*)
                                      chadpeterman@paulhastings.com
14                                    200 Park Avenue
15                                    New York, New York 10166
                                      Telephone: (212) 319-6000
16                                    Facsimile: (212) 319-4090
17
                                      THOMAS ZACCARO (SB# 183241)
18                                    thomaszaccaro@paulhastings.com
19                                    515 South Flower Street
                                      Twenty-Fifth Floor
20                                    Los Angeles, California 90071
                                      Telephone: (213) 683-6000
21                                    Facsimile: (213) 996-3146
22
                                      Attorneys for Defendant
23                                    Snap Inc.
24
25
26
27
28

Case No. 2:18-cv-01844 GW(KSx)
Case No. 2:18-cv-02693 GW(KSx)
JOINT REPORT RE CONFIDENTIALITY OF DKT. 468

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

I, James Asperger, am the ECF user whose ID and password were used to file this Joint Report Regarding Confidentiality of Final Rulings on Summary Judgment Motions (Dkt. 468).  Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By  */s/ James R. Asperger*