# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>             Plaintiffs,<br><br>   v.<br><br>SNAP INC., a Delaware corporation<br><br>             Defendant. | Case No. CV 18-1844-GW-KSx<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**ORDER MODIFYING SCHEDULING ORDER AS BETWEEN PLAINTIFF BLACKBERRY LIMITED AND DEFENDANT SNAP INC.** |

Having considered the Joint Stipulation of the parties, IT IS HEREBY ORDERED THAT that the current scheduling order (Dkt. 233) as to Plaintiff BlackBerry Limited ("BlackBerry") and Defendant Snap Inc. ("Snap") (Case No. 2:18-cv-02693) be modified as set forth below. The scheduling order as between BlackBerry and the Facebook Defendants (Dkt. 233, Case No. 2:18-cv-01844) shall remain unchanged.

//
//
//
//

-1-

Case No. 2:18-cv-01844 GW(KSx)
Case No. 2:18-cv-02693 GW(KSx)

[Proposed] Order Modifying Scheduling Order as Between Plaintiff BlackBerry Limited and Defendant Snap Inc.

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Deadline for BlackBerry to provide infringement contentions for the '351, '929, '084, and '327 Patents | Friday, September 20, 2019 | Friday, October 18, 2019 |
| Deadline for Snap to provide invalidity contentions for the '351, '929, '084, and '327 Patents | Friday, September 27, 2019 | Friday, October 25, 2019 |
| Opening Expert Reports | Friday, September 27, 2019 | Tuesday, November 12, 2019 |
| Rebuttal Expert Reports | Friday, October 23, 2019 | Tuesday, December 10, 2019 |
| Expert Discovery Complete | Friday, November 8, 2019 | Friday, December 20, 2019 |
| Summary Judgment and Daubert Opening Brief | Wednesday, November 20, 2019 | Thursday, January 9, 2020 |
| Summary Judgment and Daubert Opposition Brief | Friday, December 13, 2019 | Thursday, February 6, 2020 |
| Summary Judgment and Daubert Reply Brief | Friday, December 20, 2019 | Thursday, February 20, 2020 |
| Summary Judgment and Daubert Hearing | Monday, January 13, 2020 | Thursday, March 19, 2020 |
| Pre-trial Conference (Snap) | Thursday, March 5, 2020 | Monday, June 8, 2020 at 8:30 a.m. |
| Trial (Snap) | Tuesday, March 17, 2020 | Monday, June 15, 2020 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: October 3, 2019

_____
HON. GEORGE H. WU, U.S. District Judge