1  COUNSEL LISTED
   IN SIGNATURE BLOCK
2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>　　　　　　Defendants, | Case No. 2:18-cv-01844-GW-KS<br>**LEAD CONSOLIDATED CASE**<br><br>Related Case: 2:18-cv-02693-GW-KS<br><br>**JOINT REQUEST BY PLAINTIFF BLACKBERRY LIMITED AND DEFENDANTS FACEBOOK, INC., WHATSAPP INC., AND INSTAGRAM, LLC TO MODIFY SCHEDULING ORDER** |

Plaintiff BlackBerry Limited ("BlackBerry") and Defendants Facebook, Inc., WhatsApp Inc., and Instagram LLC (together, the "Facebook Defendants") submit the following request that the Court modify the scheduling order (Dkts. 233, 451, 463, 473) for Case No. 2:18-cv-01844 as set forth below.  The proposed modifications do not impact any dates other than those for the deadlines for Defendants to provide a corporate witness to testify regarding '961 Patent-related issues and for opening and rebuttal expert reports regarding the '961 Patent, surveys, and damages.  The case schedule for Case No. 2:18-cv-02693 between BlackBerry and Defendant Snap Inc. would not be impacted by this proposed change.

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Deadline for Defendants to Provide a Corporate Representative for Deposition Regarding '961 Patent Topics (*See* Dkt. 463)** | Monday, October 21, 2019 | Thursday, October 24, 2019 |
| **Opening Expert Reports (other than those related to the '961 Patent, Surveys, and Damages)** | Monday, October 21, 2019 | No change |
| **Opening Expert Reports Regarding the '961 Patent, Surveys, and Damages** | Monday, October 21, 2019 | Thursday, October 31, 2019 |
| **Mediation Deadline** | Monday, November 11, 2019 | No change |
| **Post-Mediation Status Conference** | Thursday, November 14, 2019 | No change |
| **Rebuttal Expert Reports (other than those related** | Monday, November 18, 2019 | No change |

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| to the '961 Patent, Surveys, and Damages) | | |
| **Rebuttal Expert Reports Regarding the '961 Patent, Surveys, and Damages** | Monday, November 18, 2019 | Thursday, December 5, 2019 |
| **Expert Discovery Complete** | Friday, December 20, 2019 | No change |
| **Summary Judgment and Daubert Opening Brief** | Tuesday, January 7, 2020 | No change |
| **Summary Judgment and Daubert Opposition Brief** | Monday, January 27, 2020 | No change |
| **Summary Judgment and Daubert Reply Brief** | Thursday, February 6, 2020 | No change |
| **Summary Judgment and Daubert Hearing** | Thursday, February 20, 2020 | No change |
| **Pre-trial Conference (Facebook)** | Thursday, April 2, 2020 | No change |
| **Trial (Facebook)** | Monday, April 13, 2020 | No change |

| | | |
|---|---|---|
| DATED: October 18, 2019 | | Respectfully submitted, |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | /s/ James R. Asperger |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

BLACKBERRY CORPORATION
Edward R. McGah, Jr (SBN 97719)
Vice President, Deputy General Counsel
41 Ticknor Place
Laguna Niguel, California 92677
Telephone: (+1) 650-581-4750

*Attorneys for BlackBerry Limited*

| | | |
|---|---|---|
| 1 | Dated: October 18, 2019 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Matthew J. Brigham* |
| 4 | | Matthew J. Brigham (191428) |
| 5 | | COOLEY LLP |
| 6 | | HEIDI L. KEEFE (178960) |
| 7 | | (hkeefe@cooley.com) |
|   | | MARK R. WEINSTEIN (193043) |
| 8 | | (mweinstein@cooley.com) |
| 9 | | MATTHEW J. BRIGHAM (191428) |
|   | | (mbrigham@cooley.com) |
| 10 | | LOWELL D. MEAD (223989) |
| 11 | | (lmead@cooley.com) |
|   | | 3175 Hanover Street |
| 12 | | Palo Alto, CA  94304-1130 |
| 13 | | Telephone: (650) 843-5000 |
|   | | Facsimile:  (650) 849-7400 |
| 14 | | |
| 15 | | COOLEY LLP |
|   | | MICHAEL G. RHODES (116127) |
| 16 | | (rhodesmg@cooley.com) |
| 17 | | 101 California Street |
|   | | 5th Floor |
| 18 | | San Francisco, CA  94111-5800 |
| 19 | | Telephone: (415) 693-2000 |
|   | | Facsimile:  (415) 693-2222 |
| 20 | | |
| 21 | | *Attorneys for Defendants* |
|   | | *FACEBOOK, INC., WHATSAPP INC.,* |
| 22 | | *INSTAGRAM, INC., and INSTAGRAM,* |
| 23 | | *LLC* |

**FILER'S ATTESTATION**

I, Matthew J. Brigham, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report.  Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Plaintiffs concurred in the filing of this document.

By  */s/ Matthew J. Brigham*