1
2
3
4

5           IN THE UNITED STATES DISTRICT COURT

6          FOR THE CENTRAL DISTRICT OF CALIFORNIA

7

8    BLACKBERRY LIMITED, a          )
     Canadian corporation,          )
9                                    )
10                  Plaintiffs,      )    Case No. 2:18-cv-01844-GW-KS
                                     )    **LEAD CONSOLIDATED CASE**
11             v.                    )
                                     )    Related Case: 2:18-cv-02693-GW-KS
12   FACEBOOK, INC., a Delaware      )
     corporation, WHATSAPP INC., a   )
13   Delaware corporation, and       )    **[PROPOSED] ORDER**
     INSTAGRAM, LLC, a Delaware      )    **MODIFYING SCHEDULING**
14   limited liability company       )    **ORDER BETWEEN PLAINTIFF**
                                     )    **BLACKBERRY LIMITED AND**
15                                   )    **DEFENDANTS FACEBOOK,**
                   Defendants,       )    **INC., WHATSAPP INC., AND**
16                                   )    **INSTAGRAM, LLC**
                                     )
17                                   )
                                     )
18                                   )

19

20       Having considered the joint request of the parties, IT IS HEREBY ORDERED

21   THAT that the current scheduling order (Dkt. 233, 451, 463, 473) as between Plaintiff

22   BlackBerry Limited and the Facebook Defendants be modified as follows:

23

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Deadline for Defendants to Provide a Corporate Representative for Deposition Regarding** | Monday, October 21, 2019 | Thursday, October 24, 2019 |

-1-

Case No. 2:18-cv-01844 GW(KSx)
Case No. 2:18-cv-02693 GW(KSx)
[PROPOSED] ORDER REGARDING REQUEST TO MODIFY SCHEDULING ORDER

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **'961 Patent Topics (*See* Dkt. 463)** | | |
| **Opening Expert Reports (other than those related to the '961 Patent, Surveys, and Damages)** | Monday, October 21, 2019 | No change |
| **Opening Expert Reports Regarding the '961 Patent, Surveys, and Damages** | Monday, October 21, 2019 | Thursday, October 31, 2019 |
| **Mediation Deadline** | Monday, November 11, 2019 | No change |
| **Post-Mediation Status Conference** | Thursday, November 14, 2019 | No change |
| **Rebuttal Expert Reports (other than those related to the '961 Patent, Surveys, and Damages)** | Monday, November 18, 2019 | No change |
| **Rebuttal Expert Reports Regarding the '961 Patent, Surveys, and Damages** | Monday, November 18, 2019 | Thursday, December 5, 2019 |
| **Expert Discovery Complete** | Friday, December 20, 2019 | No change |
| **Summary Judgment and Daubert Opening Brief** | Tuesday, January 7, 2020 | No change |
| **Summary Judgment and Daubert Opposition Brief** | Monday, January 27, 2020 | No change |
| **Summary Judgment and Daubert Reply Brief** | Thursday, February 6, 2020 | No change |

| *Event* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| **Summary Judgment and Daubert Hearing** | Thursday, February 20, 2020 | No change |
| **Pre-trial Conference (Facebook)** | Thursday, April 2, 2020 | No change |
| **Trial (Facebook)** | Monday, April 13, 2020 | No change |

**IT IS SO ORDERED.**

Dated: _____

_____

GEORGE H. WU, U.S. District Judge