# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-1844-GW-KSx | Date | November 14, 2019 |
| Title | *BlackBerry Limited v. Facebook, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

James R. Asperger    Matthew J. Brigham
Patrick Schmidt    Nikko Vo

**PROCEEDINGS:**    **POST-MEDIATION STATUS CONFERENCE**

Court and counsel confer. Settlement is not reached, however, discussions are ongoing.

                                        :   01

Initials of Preparer   JG