COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No. 2:18-cv-01844-GW-KS<br><br>**JOINT STIPULATION AND REQUEST TO ENTER FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B) AS TO CLAIMS REGARDING U.S. PATENT NOS. 8,296,351 AND 8,676,929**<br><br>Judge: Hon. George H. Wu<br>Ctrm: 9D |

WHEREAS, on March 6, 2018, Plaintiff BlackBerry Limited ("BlackBerry") filed the Complaint against Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC (collectively, "Defendants") (Dkt. 1);

WHEREAS, on April 4, 2018, BlackBerry filed the operative, First Amended Complaint against Defendants (Dkt. 15) asserting claims of infringement for U.S. Patent Nos. U.S. Patent Nos. 8,269,351 (the '351 Patent) (Count VIII), and 8,676,929 (the '929 Patent) (Count IX);

WHEREAS, on September 4, 2018, Defendants filed an Answer to the Complaint and Counterclaims (Dkt. 80);

WHEREAS, on September 25, 2018, BlackBerry filed an Answer to Defendants' Counterclaims (Dkt. 89);

WHEREAS, on September 27, 2018, the Court consolidated this case, for pretrial purposes, with the related case *BlackBerry Limited v. Snap Inc.*, Case No. 2:18-cv-02693-GW-KS (the "Snap Case") (Dkt. 92);

WHEREAS, on October 1, 2019, the Court issued a summary judgment order (Dkt. 468, 487) invalidating the '351 and '929 Patents in both this case and the Snap Case, disposing of BlackBerry's infringement claims in both actions;

WHEREAS, on November 19, 2019, the Court entered Final Judgment in the Snap Case;

WHEREAS, in the interest of judicial efficiency and to avoid multiple, identical appeals on the same issues and patents, BlackBerry and the Defendants wish to stipulate to the Court entering final judgment, pursuant to Fed. R. Civ. P. 54(b), on all claims regarding the '351 and '929 Patents in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. BlackBerry and Defendants agree that the Court's summary judgment order adjudicates the invalidity of the '351 and '929 Patents, and that there is no just reason for delay of an appeal on these issues.

2. The parties request that the Court enter final judgement in Defendants' favor under Fed. R. Civ. P. 54(b) as to BlackBerry's claims relating to the '351 and '929 Patents.

3. The parties agree that entry of final judgment on the Court's order with respect to the '351 and '929 Patents shall not affect the remaining claims and counterclaims at issue in this case and the current case schedule (Dkt. 480) remains effective.

4. Defendants reserve the right to seek costs and fees with regard to the issues on which final judgment is requested. Any request for reimbursement of fees and costs with regard to the issues on which final judgment is entered shall be addressed after final judgment is entered with respect to the remaining claims and counterclaims between the parties.

5. A proposed form of final judgment is attached hereto.

**IT IS SO STIPULATED.**

Dated: November 22, 2019        Respectfully Submitted.

By */s/ James R. Asperger*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

BLACKBERRY CORPORATION

Edward R. McGah, Jr (Bar No. 97719)
emcgah@blackberry.com
Vice President, Deputy General Counsel—Litigation
41 Ticknor Place
Laguna Niguel, CA 92677
Telephone: (650) 581-4750

Counsel for Plaintiff BlackBerry Limited

| | |
|---|---|
| Dated: November 22, 2019 | Respectfully Submitted, |
| | By */s/ Matthew J. Brigham* |
| | COOLEY LLP |
| | HEIDI L. KEEFE (178960) |
| | (hkeefe@cooley.com) |
| | MARK R. WEINSTEIN (193043) |
| | (mweinstein@cooley.com) |
| | MATTHEW J. BRIGHAM (191428) |
| | (mbrigham@cooley.com) |
| | LOWELL D. MEAD (223989) |
| | (lmead@cooley.com) |
| | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| | Telephone: (650) 843-5000 |
| | Facsimile:  (650) 849-7400 |
| | |
| | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| | (rhodesmg@cooley.com) |
| | 101 California Street |
| | 5th Floor |
| | San Francisco, CA  94111-5800 |
| | Telephone: (415) 693-2000 |
| | Facsimile:  (415) 693-2222 |
| | |
| | Attorneys for Defendants |
| | FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC |

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, James R. Asperger, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 22, 2019

By */s/ James R. Asperger*
James R. Asperger