COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation, </br></br> Plaintiffs, </br></br> v. </br></br> FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company </br></br> Defendants, | Case No. 2:18-cv-01844-GW-KS </br></br> **JOINT STIPULATION BETWEEN PLAINTIFF BLACKBERRY LIMITED AND DEFENDANTS FACEBOOK, INC., WHATSAPP INC., AND INSTAGRAM, LLC TO MODIFY BRIEFING SCHEDULE** |

On December 16, Defendants Facebook, Inc., WhatsApp Inc., and Instagram LLC (together, the "Facebook Defendants") filed a Renewed Motion to Stay (Dkt. 501) set for hearing on January 13, 2020.  Plaintiff BlackBerry Limited's ("BlackBerry") opposition is currently due December 23, 2019.  In light of the holidays and other activities in the case, BlackBerry asked for an extension. Defendants have agreed to this request.

BlackBerry and the Facebook Defendants therefore submit the following stipulation and request that the Court modify the current briefing schedule and hearing date related to Defendants' Renewed Motion to Stay (Dkt. 501).

| *Event* | *Current Dates* | *Proposed Dates* |
| --- | --- | --- |
| **BlackBerry's Opposition to Motion to Stay Due** | Monday, December 23, 2019 | Thursday, January 9, 2020 |
| **Defendants' Reply in Support of Motion to Stay Due** | Monday, December 30, 2019 | Thursday, January 16, 2020 |
| **Hearing Date Regarding Motion to Stay** | Monday, January 13, 2020 | Thursday, January 30, 2020 |

No other deadlines would be modified under this stipulation.

| | | |
|---|---|---|
| DATED: December 19, 2019 | | Respectfully submitted, |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | */s/ James R. Asperger* |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | James R. Asperger (Bar No. 83188) |
| | | jamesasperger@quinnemanuel.com |
| | | 865 S. Figueroa St., 10th Floor |
| | | Los Angeles, CA 90017 |
| | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| | | |
| | | Kevin P.B. Johnson (Bar No. 177129) |
| | | kevinjohnson@quinnemanuel.com |
| | | Victoria F. Maroulis (Bar No. 202603) |
| | | victoriamaroulis@quinnemanuel.com |
| | | 555 Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 801-5000 |
| | | Facsimile: (650) 801-5100 |
| | | |
| | | BLACKBERRY CORPORATION |
| | | Edward R. McGah, Jr (SBN 97719) |
| | | Vice President, Deputy General Counsel |
| | | 41 Ticknor Place |
| | | Laguna Niguel, California 92677 |
| | | Telephone: (+1) 650-581-4750 |
| | | |
| | | *Attorneys for BlackBerry Limited* |

| | | |
|---|---|---|
| 1 | Dated: December 19, 2019 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Mathew J. Brigham* |
| 4 | | Matthew J. Brigham (191428) |
| 5 | | |
| 6 | | COOLEY LLP<br>HEIDI L. KEEFE (178960) |
| 7 | | (hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043) |
| 8 | | (mweinstein@cooley.com) |
| 9 | | MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com) |
| 10 | | LOWELL D. MEAD (223989) |
| 11 | | (lmead@cooley.com)<br>3175 Hanover Street |
| 12 | | Palo Alto, CA 94304-1130 |
| 13 | | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 14 | | |
| 15 | | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 16 | | (rhodesmg@cooley.com) |
| 17 | | 101 California Street<br>5th Floor |
| 18 | | San Francisco, CA 94111-5800 |
| 19 | | Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |
| 20 | | |
| 21 | | Attorneys for Defendants |
| 22 | | FACEBOOK, INC., WHATSAPP INC.,<br>INSTAGRAM, INC., and INSTAGRAM, |
| 23 | | LLC |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## FILER'S ATTESTATION

I, James Asperger, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By */s/ James R. Asperger*