IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>    Defendants, | Case No. CV 18-1844-GW-KSx<br><br>**ORDER MODIFYING BRIEFING SCHEDULE REGARDING DEFENDANTS' RENEWED MOTION TO STAY (DKT. 501)** |

Having considered the Joint Stipulation of the parties, IT IS HEREBY ORDERED THAT that the current briefing schedule and hearing date related to Defendants' Renewed Motion to Stay (Dkt. 501) be modified as follows:

| *Event* | *Previous Dates* | *New Dates* |
|---|---|---|
| **BlackBerry's Opposition to Motion to Stay Due** | Monday, December 23, 2019 | Thursday, January 9, 2020 |

| Event | Previous Dates | New Dates |
|---|---|---|
| **Defendants' Reply in Support of Motion to Stay Due** | Monday, December 30, 2019 | Thursday, January 16, 2020 |
| **Hearing Date Regarding Motion to Stay** | Monday, January 13, 2020 | Thursday, January 30, 2020 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: December 20, 2019

_____
GEORGE H. WU, U.S. District Judge