| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br>Facsimile:  (650) 849-7400 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street<br>5th Floor<br>San Francisco, CA  94111-5800<br>Telephone: (415) 693-2000<br>Facsimile:  (415) 693-2222 |

*Attorneys for Defendants*
FACEBOOK, INC., WHATSAPP INC.,
and INSTAGRAM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC., WHATSAPP INC., INSTAGRAM, INC. and INSTAGRAM, LLC,<br><br>Defendants. | Case No.  2:18-cv-01844-GW-KS<br>*[Assigned to the Hon. George H. Wu]*<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**<br><br>DATE: February 20, 2020<br>TIME:  8:30 a.m.<br>COURTROOM:    9D |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 20, 2020 at 8:30 a.m., or as soon thereafter as the matter may be heard, in this Court, located at United States Courthouse,

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DEFS' NOTICE OF MOTION AND MOT. FOR
SUMMARY JUDGMENT AND MOT. TO STRIKE
Case No.  2:18-cv-01844-GW-KS

350 West First Street, Los Angeles, CA 90012, Courtroom 9D, Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC, (collectively "Defendants") will and hereby do move for summary judgment and to strike (the "Motion") on the following grounds:

- Facebook does not infringe the '961 patent;
- BlackBerry's untimely new infringement theory on the '961 patent should be stricken;
- The '961 patent is invalid under Section 101;
- Defendants do not infringe the '120 patent;
- Defendants do not infringe the '634 patent;
- The '634 patent is invalid under Section 101;
- The '236 patent is invalid under Section 101;
- The '713 patent is invalid under Section 101; and
- The '250 patent is invalid under Section 101.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, Statement of Undisputed Facts, the Declarations and exhibits thereto, the Proposed Order, and upon such other and further matters, papers, and arguments as may be submitted to the Court at or before the hearing on this motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 31, 2019.

| | | |
|---|---|---|
| 1 | Dated: January 7, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Heidi L. Keefe* |
| 4 | | Heidi L. Keefe (178960) |

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC.,
and INSTAGRAM, LLC

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

DEFS' NOTICE OF MOTION AND MOT. FOR
SUMMARY JUDGMENT AND MOT. TO STRIKE
Case No.  2:18-cv-01844-GW-KS