COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendants*
*FACEBOOK, INC., WHATSAPP INC.,*
*and INSTAGRAM, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM LLC,<br><br>Defendants. | Case No. 2:18-cv-01844 GW(KSx)<br><br>**DEFENDANTS' RESPONSE TO BLACKBERRY'S REQUEST FOR EVIDENTIARY RULINGS ON SPECIFIED OBJECTIONS [ECF NO. 583-2]**<br><br>The Honorable George H. Wu<br><br>Hearing Date: February 20, 2020<br>Time: 8:30 a.m.<br>Ctrm:: 9D |

BlackBerry's objections should be disregarded for failing to comply with the Court's standing order to identify the page(s) and line(s) where the evidentiary items appear. If considered, BlackBerry's objections be overruled for the following reasons:

**ECF No. 540-31**, from the well-known Wikipedia website, is relied on for non-hearsay purposes and is admissible for hearsay purposes under FRE 803(18) and 807. The document was authenticated pursuant to at least FRE 901(b)(1) (*see* ECF No. 540-4, ¶ 28) and 901(b)(4). Under FRE 209, the Court can take judicial notice of this document's existence, which alone indicates correspondence gaming is well-known, and of its disclosure describing correspondence gaming and that it is a basic and longstanding concept.

**ECF No. 540-32**, from the website of the well-known Guinness Book of World Records, is relied on for non-hearsay purposes and is admissible for hearsay purposes under FRE 803(18) and 807. The document can also be considered under FRE 703, as it is cited in the expert report of Dr. Weissman. (ECF No. 540-3, ¶ 188 n.5.) This document was authenticated pursuant to at least FRE 901(b)(1) (*see* ECF No. 540-4, ¶ 29) and 901(b)(4). Under FRE 209, the Court can take judicial notice of this document's existence, which alone indicates correspondence gaming is well-known, and of its disclosure confirming it as a longstanding concept.

**ECF No. 540-33**, from the website of the Seattle Times newspaper, is relied on for non-hearsay purposes and is admissible for hearsay purposes under FRE 803(18) and 807. The content of this document can also be considered under FRE 703, as it is cited in the expert report of Dr. Weissman. (ECF No. 540-3, ¶ 189 n.6.) This document was authenticated pursuant to at least FRE 901(b)(1) (*see* ECF No. 540-4, ¶ 29), 901(b)(4) and 902(6). Under FRE 209, the Court can take judicial notice of this document's existence, which alone indicates the exemplary IM applications and games identified in the '250 patent were well-known before the filing date of the patent, and of its specific disclosures confirming that the exemplary IM applications and games were well-known.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: January 6, 2020 | By: /s/ Heidi L. Keefe |
| | | Heidi L. Keefe (178960) |
| 3 | | |
| 4 | | COOLEY LLP |
| | | HEIDI L. KEEFE (178960) |
| 5 | | (hkeefe@cooley.com) |
| 6 | | MARK R. WEINSTEIN (193043) |
| | | (mweinstein@cooley.com) |
| 7 | | MATTHEW J. BRIGHAM (191428) |
| | | (mbrigham@cooley.com) |
| 8 | | 3175 Hanover Street |
| 9 | | Palo Alto, CA 94304-1130 |
| 10 | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 849-7400 |

Date:  January 6, 2020

By:  */s/ Heidi L. Keefe*
Heidi L. Keefe (178960)

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM, LLC