1  COOLEY LLP
2  HEIDI L. KEEFE (178960)
   (hkeefe@cooley.com)
3  MARK R. WEINSTEIN (193043)
   (mweinstein@cooley.com)
4
   MATTHEW J. BRIGHAM (191428)
5  (mbrigham@cooley.com)
6  3175 Hanover Street
   Palo Alto, CA  94304-1130
7  Telephone:   (650) 843-5000
8  Facsimile:    (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

9  Attorneys for Defendants
10  FACEBOOK, INC., WHATSAPP INC.,
   and INSTAGRAM, LLC
11

12          UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
13

14  BLACKBERRY LIMITED,

15          Plaintiff,

16     v.

17  FACEBOOK, INC., WHATSAPP INC.,
18  and INSTAGRAM LLC,

19          Defendants.

20

21

22

Case Nos.  2:18-cv-01844-GW-KS

**DECLARATION OF HEIDI L. KEEFE
IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT AND
MOTION TO STRIKE**

The Hon. George H. Wu

Hearing Date:  February 20, 2020
Time:  8:30 AM
Ctrm:  9D

1    I, Heidi L. Keefe, declare:

2    1.    I am a partner with Cooley LLP, counsel of record in this action for

3    Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC, (collectively,

4    "Defendants").  I have personal knowledge of the facts set forth in this declaration and,

5    if called as a witness, could and would testify to those facts under oath.

6    2.    Attached as **Exhibit 35** is a true and correct copy of an excerpt of the

7    deposition transcript of Kalu O. Kalu, dated August 16, 2019.

8

9    I declare under penalty of perjury under the laws of the United States of America

     that the foregoing is true and correct.

10   Executed on February 6, 2020, in San Diego, California.

11

12                               /s/ Heidi L. Keefe
                                 Heidi L. Keefe
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28