*COUNSEL LISTED
IN SIGNATURE BLOCK*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>Defendants. | Case No. 2:18-cv-01844-GW-KS<br>**LEAD CONSOLIDATED CASE**<br><br>**JOINT REPORT REGARDING PORTIONS OF SUMMARY JUDGMENT AND *DAUBERT* MOTIONS RELATED TO '236 AND '961 PATENTS**<br><br>Hearing Date: February 27, 2020<br>Time: 8:30 A.M.<br>Judge: Hon. George H. Wu<br>Ctrm: 9D |

Pursuant to the Court's Order, the parties hereby provide a joint report "identifying the portions of their summary judgment and *Daubert* motions that are related to infringement and/or invalidity of the '236 and '961 Patents". (Order at 3.)

**'236 Patent**

- Defendants' Motion for Summary Judgment of Invalidity Under § 101
    - Dkt. 552 at 23-27 (motion)
    - Dkt. 604 at 23-27 (opposition)
    - Dkt. 647 at 12-14 (reply)
    - Dkt. 647-1 at 85-100 (SUF)

**'961 Patent**

- Defendants' Motion for Summary Judgment of Non-Infringement, and Motion to Strike BlackBerry's Untimely New Infringement Theory
    - Dkt. 552 at 1-6 (motion)
    - Dkt. 604 at 1-6 (opposition)
    - Dkt. 647 at 1-3 (reply)
    - Dkt. 647-1 at 1-61 (SUF)
- Defendants' Motion for Summary Judgment of Invalidity Under § 101
    - Dkt. 552 at 6-10 (motion)
    - Dkt. 604 at 6-10 (opposition)
    - Dkt. 647 at 3-5 (reply)
    - Dkt. 647-1 at 1, 41-42, 57-61 (SUF)
- BlackBerry's Motion to Exclude Certain Opinions and Demonstratives of Dr. Jonathan Katz
    - Dkt. 557 at 1-5 (motion)
    - Dkt. 600 at 1-4 (opposition)
    - Dkt. 644 at 1-3 (reply)

1
2  DATED: February 18, 2020                QUINN EMANUEL URQUHART &
3                                          SULLIVAN, LLP
4                                   By     */s/ James R. Asperger*
5                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
6                                          James R. Asperger (Bar No. 83188)
7                                          jamesasperger@quinnemanuel.com
                                           865 S. Figueroa St., 10th Floor
8                                          Los Angeles, CA 90017
                                           Telephone: (213) 443-3000
9                                          Facsimile: (213) 443-3100
10
                                           Kevin P.B. Johnson (Bar No. 177129)
11                                         kevinjohnson@quinnemanuel.com
                                           Victoria F. Maroulis (Bar No. 202603)
12                                         victoriamaroulis@quinnemanuel.com
13                                         555 Twin Dolphin Drive, 5th Floor
                                           Redwood Shores, CA 94065
14                                         Telephone: (650) 801-5000
15                                         Facsimile: (650) 801-5100
16
17                                         BLACKBERRY CORPORATION
                                           Edward R. McGah, Jr (SBN 97719)
18                                         Vice President, Deputy General Counsel
19                                         41 Ticknor Place
                                           Laguna Niguel, California 92677
20                                         Telephone: (+1) 650-581-4750
21
                                           *Attorneys for BlackBerry Limited*
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated:  February 18, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Matthew J. Brigham* |
| 4 | | Matthew J. Brigham |

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

*Attorneys for Defendants*
*FACEBOOK, INC., WHATSAPP INC., and INSTAGRAM, LLC*

**FILER'S ATTESTATION**

I, Miles Freeman, am the ECF user whose ID and password were used to file this JOINT REPORT REGARDING PORTIONS OF SUMMARY JUDGMENT AND DAUBERT MOTIONS RELATED TO '236 AND '961 PATENTS. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document. I also attest that concurrence in the filing of this document has been obtained from James R. Asperger.

*/s/ Miles Freeman*
Miles Freeman