1  COUNSEL LISTED
   IN SIGNATURE BLOCK
2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10  BLACKBERRY LIMITED, a                Case No. 2:18-cv-01844-GW-KS
    Canadian corporation,
11                                       **JOINT SCHEDULING PROPOSAL
                                         FOR SUPPLEMENTAL CLAIM
12              Plaintiff,               CONSTRUCTION REGARDING
           v.                            U.S. PATENT No. 8,429,236**
13
                                         Hearing Date: February 20, 2020
14  FACEBOOK, INC., a Delaware           Time: 8:30 A.M.
    corporation, WHATSAPP INC., a        Judge: Hon. George H. Wu
15  Delaware corporation, and            Ctrm: 9D
    INSTAGRAM, LLC, a Delaware
16  limited liability company,

17              Defendants,

18

19

20

21

22

23

24

25

26

27

28

                                              Case No. 2:18-cv-01844-GW-KS

JOINT SCHEDULING PROPOSAL FOR SUPPLEMENTAL CLAIM CONSTRUCTION REGARDING U.S. PATENT NO. 8.429.236

1    Pursuant to the Court's February 27, 2020 Ruling, Plaintiff BlackBerry Limited
2  ("BlackBerry") and Defendants Facebook, Inc., WhatsApp Inc., and Instagram, LLC
3  (collectively, "Defendants"[1]), submit this Joint Scheduling Proposal for supplemental
4  claim construction regarding the terms "mode selector" and "message generator" in
5  claims 15 and/or 17 of U.S. Patent 8,429,236 (the "'236 Patent).
6    The parties agree and stipulate to the Court ordering the following schedule for
7  supplemental claim construction:

| Event | Date |
|---|---|
| Parties exchange proposed constructions for the "mode selector" and "message generator" terms of the '236 Patent | Friday, March 13 |
| Parties exchange intrinsic/extrinsic evidence, including all expert opinions they intend to rely upon, per S.P.R. 3.2 | Friday, March 20 |
| Parties simultaneously file opening briefs | Thursday, March 26 |
| Parties simultaneously file responsive briefs | Monday, April 6 |
| Hearing | Monday, April 20 |

The parties further agree and stipulate to a 7-page limit for memoranda in
support of opening and responsive briefs (excluding supporting exhibits and
evidence).  The memoranda may address the proper claim construction of these terms,
as well as address the Court's questions about (1) their relationship to the
requirements of 35 U.S.C. § 101 (2) their relationship to the requirements of 35 U.S.C.
§ 112.

Pending supplemental claim construction proceedings, the parties stipulate to,
and jointly request, that the Court vacate the April 13 trial date.

---

[1] WhatsApp is the only Defendant accused of infringing the '236 Patent.

1

2      DATED: March 4, 2020                Respectfully submitted,

3
                                           QUINN   EMANUEL   URQUHART   &
4                                          SULLIVAN, LLP

5
                                  By        */s/ James R. Asperger*
6                                          QUINN   EMANUEL   URQUHART   &
                                           SULLIVAN, LLP
7                                            James R. Asperger (Bar No. 83188)
                                             jamesasperger@quinnemanuel.com
8                                            865 S. Figueroa St., 10th Floor
                                             Los Angeles, CA 90017
9                                            Telephone: (213) 443-3000
10                                           Facsimile: (213) 443-3100

11
12                                           Kevin P.B. Johnson (Bar No. 177129)
                                             kevinjohnson@quinnemanuel.com
13                                           Victoria F. Maroulis (Bar No. 202603)
                                             victoriamaroulis@quinnemanuel.com
14                                           555 Twin Dolphin Drive, 5th Floor
15                                           Redwood Shores, CA 94065
                                             Telephone: (650) 801-5000
16                                           Facsimile: (650) 801-5100

17
18                                         BLACKBERRY CORPORATION
19                                           Edward R. McGah, Jr (SBN 97719)
                                             Vice President, Deputy General Counsel
20                                           41 Ticknor Place
                                             Laguna Niguel, California 92677
21                                           Telephone: (+1) 650-581-4750

22
23                                         *Attorneys for BlackBerry Limited*

24

25

26

27

28

1   Dated:  March 4, 2020                          COOLEY LLP

2

3                                                  */s/ Matthew J. Brigham*

4                                                  Matthew J. Brigham (191428)

5                                                  COOLEY LLP

6                                                  HEIDI L. KEEFE (178960)
                                                   (hkeefe@cooley.com)
7                                                  MARK R. WEINSTEIN (193043)
                                                   (mweinstein@cooley.com)
8                                                  MATTHEW J. BRIGHAM (191428)
                                                   (mbrigham@cooley.com)
9                                                  LOWELL D. MEAD (223989)
                                                   (lmead@cooley.com)
10                                                 3175 Hanover Street
                                                   Palo Alto, CA  94304-1130
11                                                 Telephone: (650) 843-5000
                                                   Facsimile:  (650) 849-7400
12

13

14                                                 COOLEY LLP
                                                   MICHAEL G. RHODES (116127)
15                                                 (rhodesmg@cooley.com)
                                                   101 California Street
16                                                 5th Floor
                                                   San Francisco, CA  94111-5800
17                                                 Telephone: (415) 693-2000
                                                   Facsimile:  (415) 693-2222
18

19                                                 Attorneys for Defendants
                                                   FACEBOOK, INC., WHATSAPP INC.,
20                                                 and INSTAGRAM, LLC

21

22

23

24

25

26

27

28

JOINT SCHEDULING PROPOSAL FOR SUPPLEMENTAL CLAIM CONSTRUCTION REGARDING U.S. PATENT NO. 8.429.236