COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation, | ) ) ) |
| Plaintiffs, | ) Case No. 2:18-cv-01844-GW-KS ) |
| v. | ) ) |
| FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company | ) **JOINT REQUEST TO VACATE** ) **PRETRIAL CONFERENCE AND** ) **TRIAL DATE** ) ) ) ) |
| Defendants, | ) ) ) ) |

Plaintiff BlackBerry Limited ("BlackBerry") and Defendants Facebook, Inc., WhatsApp Inc., and Instagram LLC (together, the "Facebook Defendants") submit the following stipulation and request that the Court vacate the currently-scheduled pretrial conference and trial dates.

WHEREAS, the Court has stayed all triable issues except for those relating to U.S. Patent No. 8,429,236 ("the '236 Patent)";

WHEREAS, the Court's February 27 tentative order (made final on March 2) requested that the parties submit a joint report proposing a schedule for expedited, supplemental claim construction proceedings for certain claim terms of the '236 Patent;

WHEREAS, the parties filed a report outlining their proposed schedule for supplemental claim construction (Dkt. 654) and have since been adhering to that schedule;

WHEREAS the Court, at the February 27 hearing, indicated its inclination to vacate the current trial date pending the parties' scheduling proposal for supplemental claim construction relating to the '236 Patent;

The parties now stipulate and respectfully request that the currently scheduled pre-trial conference and trial dates—scheduled for April 2 and April 13, respectively—be formally vacated to allow for supplemental claim construction proceedings to proceed as stipulated by the parties (Dkt. 654).

DATED: March 19, 2020

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ James R. Asperger*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

BLACKBERRY CORPORATION
Edward R. McGah, Jr (SBN 97719)
Vice President, Deputy General Counsel
41 Ticknor Place
Laguna Niguel, California 92677
Telephone: (+1) 650-581-4750

*Attorneys for BlackBerry Limited*

| | | |
|---|---|---|
| 1 | Dated: March 19, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Matthew J. Brigham* |
| 4 | | Matthew J. Brigham (191428) |

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC

**FILER'S ATTESTATION**

I, James Asperger, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report.  Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By */s/ James R. Asperger*