1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6            FOR THE CENTRAL DISTRICT OF CALIFORNIA
7
8   BLACKBERRY LIMITED, a          )
    Canadian corporation,          )
9                                  )
                                   )
10             Plaintiffs,         )     Case No. CV 18-1844-GW-KSx
                                   )
11        v.                       )
                                   )
12  FACEBOOK, INC., a Delaware     )     **ORDER VACATING PRETRIAL**
    corporation, WHATSAPP INC., a  )     **CONFERENCE AND TRIAL**
13  Delaware corporation, and      )     **DATE**
    INSTAGRAM, LLC, a Delaware     )
14  limited liability company      )
15                                 )
                                   )
16             Defendants,         )
                                   )
17                                 )
                                   )
18                                 )
19
20        Having considered the Joint Request of the parties, IT IS HEREBY ORDERED
21  THAT that the pretrial conference previously scheduled for April 2, 2020, as well as
22  the trial date previously scheduled for April 13 trial date are vacated.
23        The following schedule, previously stipulated to by the parties, shall govern
24  supplemental claim construction for U.S. Patent 8,429,236 ("the '236 Patent).

| Event | Date |
|-------|------|
| Parties exchange proposed constructions for the "mode selector" and "message generator" terms of the '236 Patent | Friday, March 13 |

| Parties exchange intrinsic/extrinsic evidence, including all expert opinions they intend to rely upon, per S.P.R. 3.2 | Friday, March 20 |
|---|---|
| Parties simultaneously file opening briefs | Thursday, March 26 |
| Parties simultaneously file responsive briefs | Monday, April 6 |
| Hearing | Monday, April 20, 2020 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: March 24, 2020

_____

GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER REGARDING STIPULATION TO MODIFY BRIEFING SCHEDULE