UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.   CV 18-1844-GW-PLAx | Date   April 15, 2020 |
| Title   *BlackBerry Limited v. Facebook, Inc. et al* | Page   1 of 2 |

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings:   IN CHAMBERS - ORDER PERMITTING PARTIES TO FILE ADDITIONAL SUPPLEMENTAL BRIEFS REGARDING 35 U.S.C. § 101**

In a previous ruling, the Court stated that no further information about 35 U.S.C. § 101 was required in the parties' responsive supplemental claim construction briefs. Docket No. 660. The Court has now reviewed all of the parties' supplemental claim construction briefs (including each parties' position that 35 U.S.C. § 112 ¶ 6 should not be applied). *See* Docket Nos. 658, 659, 661, 662. Based on that review, BlackBerry is permitted to file an additional supplemental brief by April 23, 2020, not to exceed seven pages, that addresses the 35 U.S.C. § 101 arguments made in WhatsApp's opening supplemental claim construction brief. *See* Docket No. 659 at 5-7; *see also* Docket No. 661 at 1 n.1 (requesting opportunity for same). In responding to the arguments, BlackBerry should address WhatsApp's assertion that "the claims are invalid under § 101 *regardless* of which side's constructions are adopted." *Id.* at 5 (emphasis added). BlackBerry should also consider addressing the 35 U.S.C. § 101 determination of unpatentability reached in the recent Federal Circuit opinion of *Ericsson Inc. v. TCL Commc'n Tech. Holdings Ltd.*, No. 2018-2003, 2020 WL 1856498 (Fed. Cir. Apr. 14, 2020). Because the parties' § 101 dispute for the '236 Patent stems from Defendants' summary judgment motion (Docket No. 540), Defendants will be permitted to file a reply supplemental brief not to exceed five pages by April 30, 2020.

In light of the current coronavirus pandemic and the Orders of the Chief Judge Nos. 20-02, 20-03, and 20-05, the April 20, 2020 hearing on the parties' supplemental claim construction

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1844-GW-PLAx | Date | April 15, 2020 |
| Title | *BlackBerry Limited v. Facebook, Inc. et al* | Page | 2 of 2 |

disputes and 35 U.S.C. § 101 invalidity dispute for the '236 Patent (*see* Docket No. 657) is taken off-calendar. The Court expects to issue a ***tentative***  ruling after the additional briefs contemplated by this Order have been filed. The tentative ruling will include instructions for either party to file a succinct request for hearing.