| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>3175 Hanover Street<br>Palo Alto, California  94304<br>Telephone:  (650) 843-5000<br>Facsimile:  (650) 849-7400 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |

*Attorneys for Defendants*
*FACEBOOK, INC., WHATSAPP INC.,*
*and INSTAGRAM, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br>WHATSAPP INC., and<br>INSTAGRAM, LLC,<br><br>　　　　　Defendants. | Case Nos. 2:18-cv-01844-GW-KSx;<br>2:18-cv-02693-GW-KSx<br><br>**NOTICE OF**<br>**SUPPLEMENTAL AUTHORITY** |

Defendant WhatsApp Inc. respectfully submits this notice of supplemental authority regarding the Federal Circuit's recent § 101 decisions in *Elec. Commc'n Techs. v. ShoppersChoice.com*, No. 2019-1587, --- F.3d ----, 2020 WL 2479692, at *2 (Fed. Cir. May 14, 2020), and *Cisco Sys. v. Uniloc 2017*, No. 2019-2048, 2020 WL 2465483, at *1 (Fed. Cir. May 13, 2020), which are attached hereto. (*See* Dkts. 540-1 (motion for summary judgment of invalidity of the '236 patent under 35 U.S.C. § 101), 633, 659, 662, 665.)

Dated: May 15, 2020                    COOLEY LLP

/s/ *Heidi L. Keefe*
    Heidi L. Keefe

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
FACEBOOK, INC., WHATSAPP INC.,
and INSTAGRAM, LLC