QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

BLACKBERRY CORPORATION
Edward R. McGah, Jr (SBN 97719)
Vice President, Deputy General Counsel – Litigation
41 Ticknor Place
Laguna Niguel, California 92677
Telephone: (+1) 650-581-4750

Attorneys for Plaintiff, BlackBerry Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company <br><br> Defendants, | Case No. 2:18-cv-01844-GW-KS <br><br> **UNOPPOSED MOTION TO VACATE SUMMARY JUDGMENT RULING REGARDING U.S. PATENT NO. 8,429,236** |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on February 11, 2021, at 8:30 a.m., or as soon thereafter as the matter may be heard by the Honorable George H. Wu, Plaintiff BlackBerry Limited ("BlackBerry") shall and hereby does move the Court for an order vacating its prior Minute Order granting Defendants' motion for summary judgment regarding U.S. Patent No. 8,429,236 (the "'236 Patent"), Dkt. 673. This motion is based on this notice of motion and supporting memorandum of points and authorities, and other such written or oral argument as may be presented at or before the time this motion is deemed submitted by the Court.

## CERTIFICATION PURSUANT TO CIV. L.R. 7-3

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 13, 2021. Defendants have indicated that they take no position on, and do not oppose, the request for relief.

| | |
|---|---|
| DATED:  January 14, 2021 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By      */s/ Patrick T. Schmidt*<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  James R. Asperger (Bar No. 83188)<br>  jamesasperger@quinnemanuel.com<br>  865 S. Figueroa St., 10th Floor<br>  Los Angeles, CA 90017<br>  Telephone: (213) 443-3000<br>  Facsimile: (213) 443-3100<br><br>  Kevin P.B. Johnson (Bar No. 177129)<br>  kevinjohnson@quinnemanuel.com<br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  555 Twin Dolphin Drive, 5th Floor<br>  Redwood Shores, CA 94065<br>  Telephone: (650) 801-5000<br>  Facsimile: (650) 801-5100<br><br>BLACKBERRY CORPORATION<br>  Edward R. McGah, Jr (SBN 97719)<br>  Vice President, Deputy General Counsel<br>  41 Ticknor Place<br>  Laguna Niguel, California 92677<br>  Telephone: (+1) 650-581-4750<br><br>*Attorneys for BlackBerry Limited* |

Plaintiff BlackBerry Limited ("BlackBerry") respectfully requests that the Court vacate its July 23, 2020 Minute Order granting Defendants' motion for summary judgment regarding U.S. Patent No. 8,429,236 (the "'236 Patent") (the "'236 Summary Judgment Order"), Dkt. 673. The parties are in the process of implementing a global settlement agreement that will resolve all claims and counterclaims in this action. BlackBerry seeks vacatur of the '236 Summary Judgment Order in aid of that settlement. Defendants take no position on, and do not oppose, this request.

The Court has the power to vacate its prior non-final orders. The '236 Summary Judgment Order is an interlocutory order that adjudicates fewer than all of the claims between the parties, and it therefore may be revised. *See* Fed. R. Civ. P. 54(b). A district court has substantial discretion to vacate an order, based upon "the competing values of finality of judgment and right to re-litigation of unreviewed disputes." *See Am. Games, Inc. v. Trade Products, Inc*., 142 F.3d 1164, 1168 (9th Cir. 1998). Here, there is good cause for the Court to vacate the '236 Summary Judgment Order. Vacatur will enable settlement of this dispute without risk that the Court's unreviewed order granting summary judgment will become preclusive against BlackBerry in unrelated matters. *U.S. Gypsum Co. v. Pac. Award Metals, Inc.*, No. 04-04941, 2006 WL 1825705, at *1 (N.D. Cal. July 3, 2006) (agreeing to vacate a claim construction order and an order granting summary judgment after the parties agreed to settled their dispute and requested a vacatur of those interlocutory orders); *Endo Pharm. Inc. v. Teva Pharm. USA, Inc.,* No. 12-08060, Docket No. 294 (D. Del. Oct. 5, 2018) (summarily granting vacatur of a summary judgment of invalidity of two patents).

Once the Court rules on this request for vacatur, BlackBerry expects that the parties will, shortly thereafter, seek a stipulated dismissal of the remaining claims and counterclaims in this action.

| | | |
|---|---|---|
| DATED: January 14, 2021 | | Respectfully submitted, |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | */s/ Patrick T. Schmidt* |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | James R. Asperger (Bar No. 83188) |
| | | jamesasperger@quinnemanuel.com |
| | | 865 S. Figueroa St., 10th Floor |
| | | Los Angeles, CA 90017 |
| | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| | | |
| | | Kevin P.B. Johnson (Bar No. 177129) |
| | | kevinjohnson@quinnemanuel.com |
| | | Victoria F. Maroulis (Bar No. 202603) |
| | | victoriamaroulis@quinnemanuel.com |
| | | 555 Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 801-5000 |
| | | Facsimile: (650) 801-5100 |
| | | |
| | | BLACKBERRY CORPORATION |
| | | Edward R. McGah, Jr (SBN 97719) |
| | | Vice President, Deputy General Counsel |
| | | 41 Ticknor Place |
| | | Laguna Niguel, California 92677 |
| | | Telephone: (+1) 650-581-4750 |
| | | |
| | | *Attorneys for BlackBerry Limited* |