COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLACKBERRY LIMITED, a Canadian corporation, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:18-cv-01844-GW-KS |
| v. | ) ) | |
| FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company | ) ) ) ) ) ) ) ) | **JOINT STATUS REPORT** |
| Defendants, | ) ) ) ) | |

1   Pursuant to the Court's Order (Dkt. 673), Plaintiff BlackBerry Limited
2   ("BlackBerry") and Defendants Facebook, Inc.; WhatsApp Inc.; and Instagram, LLC
3   (together "Defendants"), hereby submit this Joint Status Report.
4   The parties have reached a confidential settlement to dismiss all remaining
5   claims and counterclaims in this action.  That settlement agreement allows
6   BlackBerry to seek vacatur of the Court's prior order granting Defendants' Motion
7   for Summary Judgment regarding U.S. Patent No. 8,429,236 (the "'236 Summary
8   Judgment Order") (Dkt. 673).  BlackBerry filed an Unopposed Motion for Vacatur of
9   the '236 Summary Judgment Order on January 14, 2021.  (Dkt. 677.)  That
10  Unopposed Motion for Vacatur is currently noticed for a hearing on February 11,
11  2021.  BlackBerry, hereby provides notice that it is willing to waive oral argument
12  pursuant to Local Rule 7-15.
13  Once the Court rules on BlackBerry's Unopposed Motion to vacate the '236
14  Summary Judgment Order, the parties will promptly thereafter file a stipulation for
15  dismissal of the remaining claims and counterclaims in this action.  The parties jointly
16  request that the Court vacate the February 11, 2021 status conference, as there is no
17  further status to report.

[Signature Page Follows]

| | | |
|---|---|---|
| 1 | DATED: February 4, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | By     */s/ Patrick T. Schmidt*  |
| 6 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | James R. Asperger (Bar No. 83188) |
| 8 | | jamesasperger@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor |
| 9 | | Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |
| 10 | | Facsimile: (213) 443-3100 |
| 11 | | Kevin P.B. Johnson (Bar No. 177129) |
| 12 | | kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603) |
| 13 | | victoriamaroulis@quinnemanuel.com |
| 14 | | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 15 | | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 16 | | |
| 17 | | BLACKBERRY CORPORATION |
| 18 | | Edward R. McGah, Jr (SBN 97719)<br>Vice President, Deputy General Counsel |
| 19 | | 41 Ticknor Place |
| 20 | | Laguna Niguel, California 92677<br>Telephone: (+1) 650-581-4750 |
| 21 | | |
| 22 | | *Attorneys for BlackBerry Limited* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: February 4, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Mark R. Weinstein* |
| 4 | | Matthew J. Brigham (191428) |
| 5 | | COOLEY LLP |
| 6 | | HEIDI L. KEEFE (178960) |
| 7 | | (hkeefe@cooley.com) |
| | | MARK R. WEINSTEIN (193043) |
| 8 | | (mweinstein@cooley.com) |
| 9 | | MATTHEW J. BRIGHAM (191428) |
| | | (mbrigham@cooley.com) |
| 10 | | LOWELL D. MEAD (223989) |
| 11 | | (lmead@cooley.com) |
| | | 3175 Hanover Street |
| 12 | | Palo Alto, CA 94304-1130 |
| 13 | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 849-7400 |
| 14 | | |
| 15 | | COOLEY LLP |
| | | MICHAEL G. RHODES (116127) |
| 16 | | (rhodesmg@cooley.com) |
| 17 | | 101 California Street |
| | | 5th Floor |
| 18 | | San Francisco, CA 94111-5800 |
| 19 | | Telephone: (415) 693-2000 |
| | | Facsimile: (415) 693-2222 |
| 20 | | |
| 21 | | Attorneys for Defendants |
| 22 | | FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

I, Patrick T. Schmidt, am the ECF user whose ID and password were used to file this Updated Joint Case Scheduling Report. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By */s/ Patrick T. Schmidt*