UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1844-GW-PLAx | Date | February 8, 2021 |
| Title | *BlackBerry Limited v. Facebook, Inc. et al* | Page | 1 of 2 |

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - UNOPPOSED MOTION TO VACATE SUMMARY JUDGMENT RULING REGARDING U.S. PATENT NO. 8,429,236 [677]**

I.   **Background**[1]

In its summary judgment ruling dated July 23, 2020 (the "SJ Order"), the Court *inter alia* ruled on the parties' claim constructions over one of the patents at issue in this litigation, U.S. Patent No. 8,429,236. *See* ECF No. 673. It found that the asserted claims under the '236 Patent were invalid. *See* SJ Order at 11.

Plaintiff BlackBerry Limited filed this unopposed motion asking the Court to vacate the SJ Order to facilitate a settlement with defendant Facebook, Inc. *See* ECF No. 677. The parties filed a Joint Status Report indicating that they: (1) "have reached a confidential settlement to dismiss all remaining claims and counterclaims in this action" and (2) waive oral argument and jointly requested that the hearing on the motion be taken off-calendar. *See* ECF No. 679.

II.  **Discussion**

A district court has the power to vacate its prior non-final orders. *See* Fed. R. Civ. P. 54(b) ("[A]ny order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims

---

[1] The following abbreviations are used for the filings: (1) Civil Minutes ("'236 Order"), ECF No. 673; (2) Plaintiff's Motion to Vacate ("Mot."), ECF No. 677.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-1844-GW-PLAx | Date | February 8, 2021 |
|---|---|---|---|
| Title | *BlackBerry Limited v. Facebook, Inc. et al* | Page | 2 of 2 |

and all the parties' rights and liabilities."). The '236 Order is an interlocutory order that adjudicates fewer than all of the claims between the parties so may be revised. *See, e.g., U.S. Gypsum Co. v. Pac. Award Metals, Inc.*, No. 04-04941, 2006 WL 1825705, at *1 (N.D. Cal. July 3, 2006) (finding that "the claims construction order and order granting summary judgment were interlocutory in nature and did not fully adjudicate the rights and claims of the parties" and "[t]hus, they can be vacated at any time prior to final judgment").

A district court has substantial discretion to vacate an order, based upon the consideration of, among other things, "the competing values of finality of judgment and right to re-litigation of unreviewed disputes." *Am. Games, Inc. v. Trade Products, Inc.*, 142 F.3d 1164, 1168 (9th Cir. 1998).

There is good cause for the Court to vacate the '236 Order. Vacating the order will encourage BlackBerry, which is concerned about any preclusive effect the '236 Order may have against it in other matters, to settle. BlackBerry expects if the '236 Order is vacated, the parties will then seek a stipulated dismissal of the remaining claims and counterclaims in this case. Mot. at 3. This is a sufficient reason for the Court to grant the request. *See, e.g., U.S. Gypsum Co.*, 2006 WL 1825705, at *1 (agreeing to vacate a claim construction order and an order granting summary judgment after the parties agreed to settled their dispute and requested a vacatur of those interlocutory orders).

### III. Conclusion

Based on the foregoing discussion, the Court **GRANTS** the motion and takes the February 11, 2021 hearing date off-calendar. The Court sets a status conference re settlement for March 18, 2021 at 8:30 a.m. The parties are to file a joint status report by March 15.