COUNSEL LISTED
IN SIGNATURE BLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation, WHATSAPP INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company<br><br>　　　　　　Defendants, | Case No. 2:18-cv-01844-GW-KS<br><br>**JOINT STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS** |

1  WHEREAS, on April 4, 2018, Plaintiff BlackBerry Limited ("BlackBerry") filed the operative, First Amended Complaint for patent infringement against Defendants Facebook, Inc., Whatsapp Inc., Instagram Inc., and Instagram LLC ("Defendants");

WHEREAS, the parties have now reached a settlement to dismiss the entirety of this action, which settlement calls for dismissal of all remaining claims with prejudice and dismissal of all remaining counterclaims without prejudice;

It is hereby STIPULATED and AGREED by and between the parties that:

1. The parties request that the Court dismiss with prejudice all remaining claims and dismiss without prejudice all remaining counterclaims in this action;

2. The parties request that the Court vacate its Order requiring a status report on March 15, 2021 and setting a status conference for March 18, 2021 (Dkt. 680);

3. Each party shall bear its own costs and attorneys' fees until and through the date of the Court's dismissal of the remaining claims and counterclaims in this action.

**IT IS SO STIPULATED.**

[Signature Page Follows]

DATED: February 13, 2021

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Patrick T. Schmidt*
Patrick T. Schmidt (Bar No. 274777)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

BLACKBERRY CORPORATION
Edward R. McGah, Jr (SBN 97719)
Vice President, Deputy General Counsel
41 Ticknor Place
Laguna Niguel, California 92677
Telephone: (+1) 650-581-4750

*Attorneys for BlackBerry Limited*

| | | |
|---|---|---|
| 1 | Dated:  February 13, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Mark R. Weinstein* |
| 4 | | Mark R. Weinstein (193043) |
| 5 | | COOLEY LLP |
| 6 | | HEIDI L. KEEFE (178960) |
| 7 | | (hkeefe@cooley.com) |
| | | MARK R. WEINSTEIN (193043) |
| 8 | | (mweinstein@cooley.com) |
| 9 | | MATTHEW J. BRIGHAM (191428) |
| | | (mbrigham@cooley.com) |
| 10 | | LOWELL D. MEAD (223989) |
| 11 | | (lmead@cooley.com) |
| | | 3175 Hanover Street |
| 12 | | Palo Alto, CA  94304-1130 |
| 13 | | Telephone: (650) 843-5000 |
| | | Facsimile:  (650) 849-7400 |
| 14 | | |
| 15 | | COOLEY LLP |
| 16 | | MICHAEL G. RHODES (116127) |
| | | (rhodesmg@cooley.com) |
| 17 | | 101 California Street |
| | | 5th Floor |
| 18 | | San Francisco, CA  94111-5800 |
| 19 | | Telephone: (415) 693-2000 |
| | | Facsimile:  (415) 693-2222 |
| 20 | | |
| 21 | | Attorneys for Defendants |
| 22 | | FACEBOOK, INC., WHATSAPP INC., INSTAGRAM, INC., and INSTAGRAM, LLC |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

I, Patrick T. Schmidt, am the ECF user whose ID and password were used to file this Joint Stipulation. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Defendants concurred in the filing of this document.

By */s/ Patrick T. Schmidt*