1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11
BLACKBERRY LIMITED,                    Case No.  2:18-cv-01844-GW-KS

12            Plaintiff,                *[Assigned to the Hon. George H. Wu]*

13      v.                             **[PROPOSED] ORDER
                                        DISMISSING ALL CLAIMS AND
14  FACEBOOK INC., WHATSAPP            COUNTERCLAIMS**
    INC., INSTAGRAM, INC. and
15  INSTAGRAM, LLC,

16            Defendants.

17        The Court, having considered the parties' Stipulation to Dismiss All Claims and

18  Counterclaims, and for good cause appearing, HEREBY ORDERS, ADJUDGES, and

19  DECREES that:

20        1.  All remaining claims in this action are hereby dismissed with prejudice,

21            and all remaining counterclaims in this action are hereby dismissed

22            without prejudice;

23        2.  The Court's February 8, 2021 Order with respect to requiring a status

24            report on March 15, 2021 and setting a status conference for March 18,

25            2021, Docket No. 680, is hereby vacated; and

26        3.  Each party shall bear its own costs and attorneys' fees until and through

27            the entry of this order.

28

1

2 **IT IS SO ORDERED.**

3

4 Dated: _____

5 GEORGE H. WU, U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DISMISSING ACTION
CASE NO. 2:18-CV-01844-GW-KS