JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC., WHATSAPP INC., INSTAGRAM, INC. and INSTAGRAM, LLC,<br><br>Defendants. | Case No.  CV 18-1844-GW-KS<br><br>*[Assigned to the Hon. George H. Wu]*<br><br>**ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS** |

The Court, having considered the parties' Stipulation to Dismiss All Claims and Counterclaims, and for good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that:

1. All remaining claims in this action are hereby dismissed with prejudice, and all remaining counterclaims in this action are hereby dismissed without prejudice;
2. The Court's February 8, 2021 Order with respect to requiring a status report on March 15, 2021 and setting a status conference for March 18, 2021, Docket No. 680, is hereby vacated; and
3. Each party shall bear its own costs and attorneys' fees until and through the entry of this order.

**IT IS SO ORDERED.**

Dated: February 16, 2021

_____
GEORGE H. WU, U.S. District Judge